FILED ✓    LODGED ___
RECEIVED ___   COPY ___

FEB 01 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1   annette-lynn: mckenna, living woman
On the county at Large, yavapai

2   Non-Domestic
c/o: 658 Brindle Drive

3   Clarkdale, Arizona [86324]
Tel: 480-790-0897

4

5       **UNITED STATES DISTRICT COURT**

6       **CENTRAL DISTRICT OF ARIZONA**

7   Annette-Lynn: McKenna, Plaintiff,    )   Case No.:   **CV22-08016-PCT-SPL**

      v.                          )   **Covid Complaint**

8   HP INC; et.al                    )

9   Enquire Lores, dba CEO for HP Inc.,   )

Christoph Shell, dba Chief        )

10  Commercial Officer for HP Inc.,     )

11  Tuan A. Tran, dba Print Staff for HP )

Inc.,                              )

12  Grad Rosenbaum, dba VP and GM Print   )

13  Services and Solutions for HP Inc.,   )

14  Dave Prezzano, dba Managing        )

Director, Northwest Europe Market    )

15  Foreign Service Expats for HP Inc.,   )

16  Tashi Theisman, dba Head of Global    )

Benefits and Employee Mobility for    )

17  HP Inc.,                        )

18  Tracy Keogh, dba former Chief Human   )

19  Resources Officer for HP Inc.,      )

20  Dan Barrett, dba Director of N.A.     )

Solutions for HP Inc.,           )

21  Nicolina Marzicola, dba HR Lead,     )

22  Enterprise COVID-19 PMO for HP Inc., )

Zak Sheerazi, dba Human Resources     )

23  Generalist for HP Inc.,          )

24  Aida Alvarez, dba HP Board of       )

Director,                      )

25  Robert R. Bennett, dba HP Board     )

Director,                      )

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE ___LRCiP5.4___
          (Rule Number(s)(s))

[Covid Complaint 220111] Page **1** of 49

| | |
|---|---|
| Chip Bergh, dba HP Board Director, | ) |
| Bruce Broussard dba HP Board Director, | ) |
| Richard L. Clemmer dba HP Board Director, | ) |
| Jami Miscik dba HP Board Director, | ) |
| Stacy Brown-Philpot dba HP Board Director, | ) |
| Mary Anne Citrino dba HP Board Director, | ) |
| Shumeet Banerji dba HP Board Director, | ) |
| Subra Suresh dba HP Board Director, | ) |
| Eric S. Dreiband, dba US Trustee (28 USC 581) Assistant Attorney General Civil Rights Division, | ) |
| Glen McCormick, dba US Trustee (28 USC 581) District of Arizona CRIMINAL DIVISION United States Acting United States Attorney General U.S Department of Justice, | ) |
| Gary M. Restaino, dba US Trustee (28 USC 581) United States Attorney District of Arizona, | ) |
| Mark Brnovich, dba US Trustee (28 USC 581) United States Attorney for the State of Arizona, | ) |
| Governors of All States Issuing Executive Orders abridging the 1st Amendment of the Constitution: | ) |
| Doug Ducey, dba Governor of The State of Arizona, | ) |
| Kay Ivey, dba Governor of The State of Alabama, | ) |
| Mike Dunleavy, dba Governor of The State of Alaska, | ) |

| | |
|---|---|
| 1 | Asa Hutchinson, dba Governor of The ) |
| | State of Arkansas, ) |
| 2 | Gavin Newsom, dba Governor of The ) |
| 3 | State of California ) |
| 4 | Jared Polis, dba Governor of The ) |
| | State of Colorado, ) |
| 5 | Ned Lamont, dba Governor of The ) |
| 6 | State of Connecticut, ) |
| 7 | John Carney, dba Governor of The ) |
| | State of Delaware, ) |
| 8 | Brian Kemp, dba Governor of The ) |
| 9 | State of Georgia, ) |
| 10 | Lourdes Aflague Leon Guerrero dba ) |
| | Governor of Guam, ) |
| 11 | David Ige dba Governor of The State ) |
| 12 | of Hawaii, ) |
| 13 | Brad Little, dba Governor of The ) |
| | State of Idaho, ) |
| 14 | J.B. Pritzker, dba Governor of The ) |
| 15 | State of Illinois, ) |
| 16 | Eric Holcomb, dba Governor of The ) |
| | State of Indiana, ) |
| 17 | Kim Reynolds, dba Governor of The ) |
| 18 | State of Iowa, ) |
| 19 | Laura Kelly, dba Governor of The ) |
| | State of Kansas, ) |
| 20 | Andy Beshear, dba Governor of The ) |
| 21 | State of Kentucky, ) |
| 22 | Bel Edwards dba Governor of The ) |
| | State of Louisiana, ) |
| 23 | Janet Mills, dba Governor of The ) |
| 24 | State of Maine, ) |
| 25 | Larry Hogan, dba Governor of The ) |
| | State of Maryland, ) |
| | Charlie Baker, dba Governor of The ) |
| | State of Massachusetts, ) |

Gretchen Whitmer dba Governor of The )
State of Michigan, )
Tim Walz, dba Governor of The State )
of Minnesota, )
Tate Reeves, dba Governor of The )
State of Mississippi, )
Mike Parson, dba Governor of The )
State of Missouri, )
Greg Gianforte, dba Governor of The )
State of Montana, )
Pete Ricketts, dba Governor of The )
State of Nebraska, )
Steve Sisolak, dba Governor of The )
State of Nevada, )
Chris Sununu, dba Governor of The )
State of New Hampshire, )
Phil Murphy, dba Governor of The )
State of New Jersey, )
Michelle Lujan Grisham, dba Governor )
of The State of New Mexico, )
Kathy Hochul, dba Governor of The )
State of New York, )
Roy Cooper, dba Governor of The )
State of North Carolina )
Doug Burgum, dba Governor of The )
State of North Dakota )
Mike DeWine, dba Governor of The )
State of Ohio, )
Kevin Stitt, dba Governor of The )
State of Oklahoma, )
Kate Brown, dba Governor of The )
State of Oregon, )
Tom Wolf, dba Governor of The State )
of Pennsylvania, )
Pedro Pierluisi Urrutia, dba )
Governor of Puerto Rico, )

1  Daniel McKee, dba Governor of The )
   State of Rhode Island,            )
2                                    )
   Henry McMaster, dba Governor of The )
3  State of South Carolina,          )
                                     )
4  Bill Lee, dba Governor of The State )
   of Tennessee,                     )
5                                    )
   Greg Abbott, dba Governor of The )
6  State of Texas,                   )
                                     )
7  Spencer Cox, dba Governor of The )
   State of Utah,                    )
8                                    )
   Phil Scott, dba Governor of The  )
9  State of Vermont,                 )
                                     )
10 Ralph Northam, dba Governor of The )
   State of Virginia,                )
11                                   )
   Jay Inslee, dba Governor of The  )
12 State of Washington,              )
                                     )
13 Jim Justice, dba Governor of The )
   State of West Virginia,           )
14                                   )
   Tony Evers, dba Governor of The  )
15 State of Wisconsin,               )
                                     )
16 Mark Gordon, dba Governor of The )
   State of Wyoming,                 )
17                                   )
   OTHER PARTIES NAMED:              )
18                                   )
   Anthony Fauci, dba Director of the )
19 National Institute of Allergy and )
   Infectious Diseases,              )
20                                   )
   United States Department of Health )
21 and Human Services                )
                                     )
22 Centers for Disease Control and  )
   Prevention et; al                 )
23                                   )
   Rochelle P. Walensky, dba Director )
24 of the Centers for Disease Control )
   (CDC),                            )
25                                   )
   Anne Schuchat, dba CDC Deputy    )
   Director,                         )
                                     )
                                     )

```
 1   Sherri A. Berger, dba CDC Chief of     )
                                            )
 2   Staff,                                 )
                                            )
 3   Mitchell Wolfe, dba CDC Chief          )
     Medical officer,                       )
 4   Jeff Reczek, dba CDC Director,         )
                                            )
 5   Washington Office,                     )
                                            )
 6   Dr. Robert R. Redfield, dba CDC        )
     Director, Georgia Office,              )
 7   Roger Severino dba HHS Director,       )
                                            )
 8   Office of Civil Rights                 )
     Xavier Becerra, dba HHS Secretary,     )
 9   Rachel Levine, dba HHS Assistant       )
                                            )
10   Secretary,                             )
     Jeff Zients, dba COVID Czar,           )
11   Andy Slavitt, dba COVID Senior         )
                                            )
12   Advisor,                               )
     Ralph Baric Ph.D, dba Professor        )
13                                          )
     Department of Epidemiology UNC         )
14   Chapel Hill,                           )
     Dr Tonie Rocke, dba Research           )
15                                          )
     Epidemiologist USGS National           )
16   Wildlife Health Center,                )
     Peter Daszak, PhD dba President        )
17                                          )
     EcoHealth Alliance,                    )
18   Luke Hamel, dba Program Coordinator    )
                                            )
19   EcoHealth Alliance,                    )
     Albert Bourla, dba Pfizer Chief,       )
20                                          )
     Executive Officer (CEO),               )
21   Stéphane Bancel, dba Moderna CEO,      )
                                            )
22   Alex Gorsky, dba Johnson & Johnson     )
     CEO,                                   )
23   Kåre Schultz, dba Teva CEO,            )
                                            )
24   Leonard S. Schleifer, MD, PhD, dba     )
25   Regeneron CEO,                         )
     Pascal Claude Roland Soriot,           )
     AstraZeneca CEO,                       )
```

1  Joseph Biden, allegedly dba United  )
2  States President,  )
   Ritchie Torres, dba New York,  )
3  Congressional Representative,  )
4  Kimberley Johnson, dba Director,  )
   California Department of Social  )
5  Services,  )
6      Defendants.  )
   ------------------------------  )
7                                  )
   annette-lynn: mckenna, living woman,  )
8  Real Party in Interest.  )
9                                  )
                                   )
10 _____

11                      **COMPLAINT**

12     Now Comes Aggrieved party (U.C.C. §1-201(2)) Annette-Lynn:
13 McKenna (hereinafter Aggrieved party), Sui Juris, Secured Party
14 (U.C.C. §9-105), NON-PERSON (UCC §1-201 (27)), NON-CITIZEN, NON-
15 RESIDENT, NON-DEBTOR **(28 U.S.C. §3002 (4)), NON-CORPORATED, NON-**
16 **FICTION, NON-SUBJECT, NON-PARTICIPANT in any government**
   **programs, a Living flesh and blood Woman standing on** the ground,
17 SPC, under Special Appearance (Rule 8 (E)) not Generally, NON-
18 DEFENDANT (U.C.C. §1-201 (14)), Holder-In-Due -Course (U.C.C.
19 §3-302 (A) (2)) of all documentation (U.C.C. §5-102 (6)) of the
20 "Entity" Cestui Que Vie trust Annette-Lynn: McKenna ©TM,
   representing the Corporate Fiction ANNETTE LYNN MCKENNA. **Under**
21 **no circumstances** is the Plaintiff "Pro Se" as this Complaint is
22 filed under the Holder-In-Due-Course; Annette-Lynn: McKenna of
23 the "Cestui Que Vie trust" of ANNETTE LYNN MCKENNA.
   **For The Claimant, is "transient foreigner" without legal**
24 **domicile as defined in (28 U.S.C. 1332 (d), 4 U.S.C. 110 (d)].**
25 In the event that the "State" (Legal Fiction) makes a claim
   against claimant(s) herein declares her "person" to be

[Covid Complaint 220111] Page **7** of **49**

"stateless person" and outside any/all general jurisdiction of the federal government. [All "stateless persons" fail to be subject to the jurisdiction of any/all courts because they are domiciled outside of the general jurisdiction of the federal government].

Plaintiff appears specially without waiving any rights, remedies, or defenses statutory or procedural by and through annette-lynn: mckenna, living woman.
As grounds for its complaint, plaintiff states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332. Diversity jurisdiction exists.

2. This Court has jurisdiction pursuant to Article III, Section 2, Diversity between citizens of different states exists.

3. Venue is appropriate in this judicial district under 28 U.S.C. § 1391(a)(2).

### PARTIES

4. Plaintiff is a living woman operating through an ESTATE/TRUST, appearing in the capacity as Principal Owner, Holder-in-Due-Course, Secured Party Creditor. Plaintiff principal place of abode is in yavapai county, arizona.

Defendants are as follows:

5. **HP INC;** et.al

6. **Enquire Lores,** dba CEO HP Inc.

7. **Christoph Shell,** dba Chief Commercial Officer HP Inc.

8. **Tuan A. Tran,** dba Print Staff HP Inc.

9. **Grad Rosenbaum,** dba VP and GM Print Services and Solutions HP Inc.

10. **Dave Prezzano,** dba Managing Director, Northwest Europe Market Foreign Service Expats HP Inc.

11. **Tashi Theisman,** dba Head of Global Benefits and Employee Mobility HP Inc.

12. **Tracy Keogh,** dba former Chief Human Resources Officer for HP Inc.

13. **Dan Barrett,** dba Director of N.A. Solutions HP Inc.

14. **Nicolina Marzicola,** dba HR Lead, Enterprise COVID-19 PMO for HP Inc.

15. **Zak Sheerazi,** dba Human Resources Generalist HP Inc.

16. **Aida Alvarez,** dba HP Board of Director

17. **Robert R. Bennett,** dba HP Board Director

18. **Chip Bergh,** dba HP Board Director

19. **Bruce Broussard** dba HP Board Director

20. **Richard L. Clemmer** dba HP Board Director

21. **Jami Miscik** dba HP Board Director

22. **Stacy Brown-Philpot** dba HP Board Director

23. **Mary Anne Citrino** dba HP Board Director

24. **Shumeet Banerji** dba HP Board Director

25. **Subra Suresh** dba HP Board Director

26. **Eric S. Dreiband,** dba US Trustee (28 USC 581) Assistant Attorney General Civil Rights Division

27. **Glen McCormick,** dba US Trustee (28 USC 581) District of Arizona CRIMINAL DIVISION United States Acting United States Attorney General U.S Department of Justice

28. **Gary M. Restaino,** dba US Trustee (28 USC 581) United States Attorney District of Arizona

29. **Mark Brnovich,** dba US Trustee (28 USC 581) United States Attorney for the State of Arizona

30. **Doug Ducey,** dba Governor of The State of Arizona

31. **Kay Ivey,** dba Governor of The State of Alabama

32. **Mike Dunleavy,** dba Governor of The State of Alaska

33. **Asa Hutchinson,** dba Governor of The State of Arkansas

34. **Gavin Newsom,** dba Governor of The State of California

35. **Jared Polis,** dba Governor of The State of Colorado

36. **Ned Lamont,** dba Governor of The State of Connecticut

37. **John Carney,** dba Governor of The State of Delaware

38. **Brian Kemp,** dba Governor of The State of Georgia

39. **Lourdes Aflague Leon Guerrero,** dba Governor of Guam

40. **David Ige,** dba Governor of The State of Hawaii

41. **Brad Little,** dba Governor of The State of Idaho

42. **J.B. Pritzker,** dba Governor of The State of Illinois

43. **Eric Holcomb,** dba Governor of The State of Indiana

44. **Kim Reynolds,** dba Governor of The State of Iowa

45. **Laura Kelly,** dba Governor of The State of Kansas

46. **Andy Beshear,** dba Governor of The State of Kentucky

47. **Bel Edwards,** dba Governor of The State of Louisiana

48. **Janet Mills,** dba Governor of The State of Maine

49. **Larry Hogan,** dba Governor of The State of Maryland

50. **Charlie Baker,** dba Governor of The State of Massachusetts

51. **Gretchen Whitmer,** dba Governor of The State of Michigan

52. **Tim Walz,** dba Governor of The State of Minnesota

53. **Tate Reeves,** dba Governor of The State of Mississippi

54. **Mike Parson,** dba Governor of The State of Missouri

55. **Greg Gianforte,** dba Governor of The State of Montana

56. **Pete Ricketts,** dba Governor of The State of Nebraska

57. **Steve Sisolak,** dba Governor of The State of Nevada

58. **Chris Sununu,** dba Governor of The State of New Hampshire

59. **Phil Murphy,** dba Governor of The State of New Jersey

60. **Michelle Lujan Grisham,** dba Governor of The State of New Mexico

61. **Kathy Hochul,** dba Governor of The State of New York

62. **Roy Cooper,** dba Governor of The State of North Carolina

63. **Doug Burgum,** dba Governor of The State of North Dakota

64. **Mike DeWine,** dba Governor of The State of Ohio
65. **Kevin Stitt,** dba Governor of The State of Oklahoma
66. **Kate Brown,** dba Governor of The State of Oregon
67. **Tom Wolf,** dba Governor of The State of Pennsylvania
68. **Pedro Pierluisi Urrutia,** dba Governor of Puerto Rico
69. **Daniel McKee,** dba Governor of The State of Rhode Island
70. **Henry McMaster,** dba Governor of The State of South Carolina
71. **Bill Lee,** dba Governor of The State of Tennessee
72. **Greg Abbott,** dba Governor of The State of Texas
73. **Spencer Cox,** dba Governor of The State of Utah
74. **Phil Scott,** dba Governor of The State of Vermont
75. **Ralph Northam,** dba Governor of The State of Virginia
76. **Jay Inslee,** dba Governor of The State of Washington
77. **Jim Justice,** dba Governor of The State of West Virginia
78. **Tony Evers,** dba Governor of The State of Wisconsin
79. **Mark Gordon,** dba Governor of The State of Wyoming
80. **Anthony Fauci,** dba Director of NIAID
81. **United States Department of Health and Human Services Centers for Disease Control and Prevention et; al**
82. **Rochelle P. Walensky,** dba Director of the Centers for Disease Control (CDC)
83. **Anne Schuchat,** dba CDC Deputy Director
84. **Sherri A. Berger,** dba CDC Chief of Staff
85. **Mitchell Wolfe,** dba CDC Chief Medical officer
86. **Jeff Reczek,** dba CDC Director, Washington Office
87. **Dr. Robert R. Redfield,** dba CDC Director, Georgia Office
88. **Roger Severin,** dba HHS Director, Office of Civil Rights
89. **Xavier Becerra,** dba HHS Secretary
90. **Rachel Levine,** dba HHS Assistant Secretary
91. **Jeff Zients,** dba COVID Czar
92. **Andy Slavitt,** dba COVID Senior Advisor

93. **Ralph Baric Ph.D,** dba Professor Department of Epidemiology UNC Chapel Hill

94. **Dr Tonie Rocke,** dba Research Epidemiologist USGS National Wildlife Health Center

95. **Peter Daszak,** PhD dba President EcoHealth Alliance

96. **Luke Hamel,** dba Program Coordinator EcoHealth Alliance

97. **Albert Bourla,** dba Pfizer Chief, Executive Officer (CEO)

98. **Stéphane Bancel,** dba Moderna CEO

99. **Alex Gorsky,** dba Johnson & Johnson CEO

100. **Kåre Schultz,** dba Teva CEO

101. **Leonard S. Schleifer, MD, PhD,** dba Regeneron CEO

102. **Pascal Claude Roland Soriot,** AstraZeneca CEO

103. **Joseph Biden,** allegedly dba United States President

104. **Ritchie Torres,** dba New York, Congressional Representative

105. **Kimberley Johnson,** dba Director, California Department of Social Services

106. Plaintiff reserves the right to add those operating in concert with them (who knew or SHOULD HAVE KNOWN that their actions were illegal and unlawful) known as: **Jane and John Does,** 1-10,000,000, **ABC ENTITIES,** 1-10,000,000, to be named in discovery or hereafter.

**INTRODUCTION**

107. ABSTRACT: There are 1782 maxims of law. One of those maxims is, "Actio exteriora indicant interiora secreta. External actions show internal secrets. 8 Co. R. 146." A 99.4-99.9% survival rate for a sars-cov-2 isolate that cannot be found does not a pandemic make. There are numerous remedies for this "covid-19" flu. Therefore, there is no need for a "vaccine" - real or imagined. It is clear that the so called vaccine for COVID-19 is actually a biowarfare agent commonly known in some

circles as a "synthetic pathogen" that alters the receiver's RNA/DNA. Therefore, we can deduce by what follows in this document that the intentions of those that would push a "synthetic pathogen" on the planetary population are intending to commit mass genocide. Maxim of Law: "When the foundation fails, all fails."

### FACTS COMMON TO ALL COUNTS

108. Along with said plaintiff, living woman, does not want to appear as an infant decedent (aka "minor" 31 CFR 363.6) or less than a competent capacity. This is why he is not appearing by and through a British Accreditation Registry (B.A.R.) member in violation of 22 USC §611 & 612, or 8 USC 1101. Said living man is the sole and exclusive Principal Owner. See List of Exhibits in Support.

109. Defendants are engaged in a plan to engage in Eugenics to reduce world population through medical genocide, along with forced wearing of "oxygen blockers" aka masks, so-called "vaccine passports," coerced injections of "synthetic pathogens" that have a history demonstrated from the 50 patents/nano-technologies invented by Charles Lieber, recently convicted in USDC Massachusetts, Case 1:20-cr-10111-RWZ Docket Entry 244, filed 12/21/21. Said patents are for the express purpose of creating a "self-assembling computer system" in the human body. This is ostensibly for the purpose of controlling humanity in a "New World Order" communist control mechanism for the benefit of the "liberal," "elite(?)" and at the expense of the rest of humanity that survives the eugenics culling process. Said actions are more properly expanded in the Affidavit in Support of Covid Complaint.

110. Defendants are using a false and fraudulent medical eugenics scheme to cause a political change from freedom to communism through threats, duress, and coercion. No IRB (Institutional Review Board) study was ever performed to

approve of what is called the "covid-19" so-called "vaccine." Defendants' own documents call it and describe it as a bioweapon intended to reduce global population. Without an IRB said shot cannot even be legally used/applied for governmental personnel.

111. Forcing or attempting someone through economic/medical coercion through medical tyranny constitutes a violation of unalienable Rights protected by that permanent injunction known as the Fifth Amendment. Issuing orders to quarantine and locking down healthy people is a violation of law pursuant to Jew Ho v. Williams, 103 F. 10, 26 , (C.C.N.D. Cal. 1900).

112. None of the parties listed have immunity. The alleged immunity agreement in 1986 by the United States is null and void, see the Memorandum of Law in Support.

113. The foundational law form upon which the defendants are operating could be defined as the nine statements of the Church of Satan (https://www.churchofsatan.com/nine-satanic-statements/) or a Lucifer worshipping premise in relation therein as opposed to the Ten Commandments found at Chapter 20, Book of Exodus. It is said that "behind everyone's law form is someone's religion."

114. Defendant's intentions are well demonstrated at:
- https://covidcalltohumanity.org/2021/09/30/washington-state-concentration-camps-will-be-open-for-business-soon/
- https://www.pdxmonthly.com/health-andwellness/2021/12/oregon-digital-vaccine-card-plan
-https://oregoncatalyst.com/56289-lars-gov-brown-working-vaccine-passports.html
-https://www.lifesitenews.com/purging-patriots-from-the-military/

115. The above four website links are merely a drop in the tyrannical ocean of evidentiary support that demonstrate mal-intentions by defendants.

116. On April 25, 2003, the United States Department of Health and Human Services Centers for Disease Control and Prevention (hereinafter, "CDC") filed an application for a United States (Application Number US46592703P, subsequently issued as U.S. Patent 7,776,521) entitled "Coronavirus isolated from humans''. A method of detecting a severe acute respiratory syndrome-associated coronavirus (SARS-CoV) in a sample…; and, a kit for detecting a severe acute respiratory syndrome associated coronavirus (SARS-CoV) in a sample…, provided the CDC with a statutory market exclusion right the detection of and sampling for severe acute respiratory syndrome-associated coronavirus (SARS-CoV). Securing this right afforded the CDC exclusive right to research, commercially exploit, or block others from conducting activities involving SARS-CoV. On September 24, 2018, the CDC failed to pay the required maintenance fees on this patent and their rights expired. From April 2003 until September 2018, the CDC owned SARS-CoV, its ability to be detected and the ability to manufacture kits for its assessment. During this 15-year period, the effect of the grant of this right – ruled in the case of Association for Molecular Pathology et al. v. Myriad Genetics – meant unconstitutional in 2013 by the United States Supreme Court that the commercial exploitation of any research or commercial activity in the United States during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material was illegal, the CDC and National Institute of Allergy and Infectious Diseases (hereinafter "NIAID") entered into trade among States (including, but not limited to working with Ecohealth Alliance Inc.) and with foreign nations (specifically, the Wuhan Institute of Virology and the Chinese Academy of Sciences) through the 2014 et seq National Institutes of Health Grant R01AI110964 to exploit their patent rights. It is further alleged that, during the period of patent enforcement and after

the Supreme Court ruling confirming that patents on genetic material was illegal, the CDC and National Institute of Allergy and Infectious Diseases (hereinafter "NIAID") entered into trade among States (including, but not limited to working with University of North Carolina, Chapel Hill) and with foreign nations (specifically, the Wuhan Institute of Virology and the Chinese Academy of Sciences represented by Zheng-Li Shi) through U19AI109761 (Ralph S. Baric), U19AI107810 (Ralph S. Baric), and National Natural Science Foundation of China Award 81290341 (Zheng-Li Shi) et al. It is further alleged that, during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material was illegal, the CDC and National Institute of Allergy and Infectious Diseases (hereinafter "NIAID") entered into trade among States (including, but not limited to working with University of North Carolina, Chapel Hill) and with foreign nations to conduct chimeric construction of novel coronavirus material with specific virulence properties despite the prior to, during, and following the determination made by the National Institutes for Health in October 17, 2014 that this work was not sufficiently understood for its biosecurity and safety standards. In this allegation, it is presumed that the CDC and its associates were: a) fully aware of the work being performed using their patented technology; b) entered into explicit or implicit agreements including licensing, or other consideration; and, c) willfully engaged one or more foreign interests to carry forward the exploitation of their proprietary technology when the U.S. Supreme Court confirmed that such patents were illegal and when the National Institutes of Health issued a moratorium on such research. The aforementioned items constitute, "contract, combination in the form of trust or otherwise, or conspiracy," as defined under 15 US Code § 1. Under 15 U.S. Code §1 (the Sherman Antitrust Act) "Every contract, combination in the form

of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court." Reportedly, in January 2018, the U.S. Embassy in China sent investigators to Wuhan Institute of Virology and found that, "During interactions with scientists at the WIV laboratory, they noted the new lab has a serious shortage of appropriately trained technicians and investigators needed to safely operate this high-containment laboratory." The Washington Post reported that this information was contained in a cable dated 19 January 2018. Over a year later, in June 2019, the CDC conducted an inspection of Fort Detrick's U.S. Army Medical Research Institute of Infectious Diseases (hereinafter "USAMRIID") and ordered it closed after alleging that their inspection found biosafety hazards. A report in the journal Nature in 2003 (423(6936): 103) reported cooperation between CDC and USAMRIID on coronavirus research followed by considerable subsequent collaboration. The CDC, for what appears to be the same type of concern identified in Wuhan, elected to continue work with the Chinese government while closing the U.S. Army facility. Reportedly, on December 31, 2019, the Chinese government informed the World Health Organization (WHO) that a number of cases of suspected coronavirus-associated SARS cases were being treated in the area of Wuhan. The CDC reported the first case of SARS-CoV like illness in the United States in January 2020 with the CDC's Epidemic Intelligence Service reporting 650 clinical cases and 210 tests. Given that the suspected pathogen was first

implicated in official reports on December 31, 2019, one can only conclude that CDC: a) had the mechanism and wherewithal to conduct tests to confirm the existence of a "novel coronavirus"; or, b) did not have said mechanism and falsely reported the information in January. It tests credulity to suggest that the WHO or the CDC could manufacture and distribute tests for a "novel" pathogen when their own subsequent record on development and deployment of tests has been shown to be without reliability. Notwithstanding, the CDC and WHO elected to commit to a narrative that a novel coronavirus – exhibiting properties that were anticipated in the U.S. Patent 7,618,802 issued to the University of North Carolina Chapel Hill's Ralph Baric – and, in the absence of testing protocols, elected to insist that SARSCoV-2 was the pathogen responsible for conditions that were consistent with moderate to severe acute respiratory syndrome. On March 4, 2020, California Governor Gavin Newsome violated the law of the State of California by issuing Executive Order N-33-20 based on the "threat of COVID-19" with no evidence that such threat existed as confirmed by serology or confirmed immunologic evidence. The Government Code sections cited in the Order (Government Code sections 8567, 8627, and 8665) require that criteria be met which do not include the "threat" of any condition but evidence of said condition. At that time, neither the CDC nor the WHO had sufficient testing in place to: a) confirm and isolate "a novel coronavirus" from other coronaviruses; b) California did not have pathology data to suggest that an epidemic was imminent; and, c) the rest of the United States was equally incapable of making any such assessment as a result of the aforementioned conspiring parties' actions. Governor Newsome's Executive Order, followed by numerous other similar orders, all are based on the threat of a thing that may or may not exist. Around March 12, 2020, in an effort to enrich their own economic interests by way of securing

additional funding from both Federal and Foundation actors, the CDC and WHO elected to suspend testing and classify COVID-19 by capricious symptom presentation alone. At present, the standard according to the Council of State and Territorial Epidemiologists Interim-20-ID-01 for COVID-19 classification is: In outpatient or telehealth settings at least two of the following symptoms: fever (measured or subjective), chills, rigors, myalgia, headache, sore throat, new olfactory and taste disorder(s) OR at least one of the following symptoms: cough, shortness of breath, or difficulty breathing OR Severe respiratory illness with at least one of the following: ● Clinical or radiographic evidence of pneumonia, or ● Acute respiratory distress syndrome (ARDS). AND No alternative more likely diagnosis Laboratory Criteria for Reporting ● Detection of SARS-CoV-2 RNA in a clinical specimen using a molecular amplification detection test. ● Detection of specific antigen in a clinical specimen. ● Detection of specific antibody in serum, plasma, or whole blood indicative of a new or recent infection. Serologic methods for diagnosis are currently being defined. Not surprisingly, after inflicting grave harm to the citizens of the United States of America in economic hardships resulting from their allegation of an "epidemic" or "pandemic", the CDC and the NIAID set forth, and the President of the United States and various Governors in the respective States promulgated standards for lifting conditions in violation of the 1st Amendment to the Constitution that serve exclusively to enrich them. Both the presence of a vaccine or treatment and, or, the development of testing – both that solely benefit the conspiring parties and their co-conspirators – are set as a condition for re-opening the country. This is an unambiguous violation of the Sherman Act and must be prosecuted immediately to the full extent of the law.

## Moderna Knowledge of Violations

117. M·CAM and Knowledge Ecology International have independently confirmed that Moderna has violated U.S. law in failing to disclose the U.S. government's funding interest in their patents and patent applications. While this negligence impacts all of Moderna's over 130 granted U.S. Patents, it is particularly problematic for U.S. Patent 10,702,600 ('600) which is the patent relating to, "a messenger ribonucleic acid (mRNA) comprising an open reading frame encoding a betacoronavirus (BetaCoV) S protein or S protein subunit formulated in a lipid nanoparticle." The specific claims addressing the pivot to the SARS Coronavirus were patented on March 28, 2019 – 9 months before the SARS CoV-2 outbreak! Both the patent and the DARPA funding for the technology were disclosed in scientific publication (New England Journal of Medicine) but the government funds were not acknowledged in the patent. In 2013, the Autonomous Diagnostics to Enable Prevention and Therapeutics (ADEPT) program awarded grant funding to Moderna Therapeutics for the development of a new type of vaccine based on messenger RNA. The initial DARPA grant was W911NF-13-1-0417. The company used that technology to develop its COVID-19 vaccine, currently undergoing Phase I clinical trials in conjunction with NIH. 29 Under the Federal Acquisition Regulation (FAR) rules, contractor to the Federal Government must provide information regarding intellectual property infringement issues as part of their contract. Under FAR §27.201-1(c) and (d), the Government both requires a notice of infringement or potential infringement as well as retention of economic liability for patent infringements. Specifically, in FAR §52.227.3 (a), the "Contractor shall indemnify the Government and its officers, agents, and employees against liability, including costs for infringement of any United States Patent…". In addition to the patents cited by the USPTO in their examination of '600, M·CAM

has identified fourteen other issued patents preceding the 600 patent which were used by patent examiners to limit patents arising from the same funded enjoys hundreds of millions of dollars of funding allegiance and advocacy from Anthony Fauci and his NIAID, since inception, it has been engaged in illegal patent activity and demonstrated contempt for U.S. Patent law. To make matters worse, the U.S. Government has given it financial backing in the face of undisclosed infringement risks potentially contributing to the very infringement for which they are indemnified.29 https://crsreports.congress.gov/product/pdf/IN/IN11446 21 C.F.R. § 50.24 et seq., Illegal Clinical Trial. It is unlawful to conduct medical research (even in the case of emergency) without a series of steps taken to: a. Establish the research with a duly authorized and independent institutional review board; b. Secure informed consent of all participants including a statement of risks and benefits; and, c. Engage in consultation with the community in which the study is to be conducted. Dr. Anthony Fauci has forced upon the healthy population of the United States an unlawful clinical trial in which the U.S. Department of Health and Human Services are extrapolating epidemiologic data. No informed consent has been sought or secured for any of the "medical countermeasures" forced upon the population and no independent review board – as defined by the statute – has been empaneled. Through April 2020, the official recommendation by the Journal of the American Medical Association was unambiguous. "Face masks should not be worn by healthy individuals to protect themselves from acquiring respiratory infection because there is no evidence to suggest that face masks worn by healthy individuals are effective in preventing people from becoming ill."30 Part of that lack of evidence in fact showed that cloth face masks actually increased influenza-linked illness.31 In contravention to established science, States, municipalities, and businesses have violated

the legal requirements for the promulgation of medical counter measures during a public health emergency stating a "belief" that face masks limit the spread of SARS CoV-2. To date, not a single study has confirmed that a mask prevented the transmission of, or the infection by SARSCoV-2. All parties mandating the use of facemasks are not only willfully ignoring established science but are engaging in what amounts to a whole population clinical trial. This conclusion is reached by the fact that facemask use, and COVID-19 incidence are being reported in scientific opinion pieces promoted by the United States Centers for Disease Control and Prevention and others.32 Social distancing of up to 6 feet has been promoted as a means of preventing person-to-person transmission of influenza-like viruses. While one study hypothesized that infection could happen in a 6 foot range, the study explicitly states that person-to-person transfer was not tested and viability of the virus at 6 feet was not even a subject of the investigation.33 That didn't stop the misrepresentation of the study to be used as the basis for an unverified medical countermeasure of social distancing. To date, no study has established the efficacy of social distancing to modify the transmission of SARS CoV2. Public health officials have referenced: https://jamanetwork.com/journals/jama/fullarticle/2762694 31 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/ 32 https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html33. Werner E. Bischoff, Katrina Swett, Iris Leng, Timothy R. Peters, Exposure to Influenza Virus Aerosols During Routine Patient Care, The Journal of Infectious Diseases, Volume 207, Issue 7, 1 April 2013, Pages 1037- 1046, https://doi.org/10.1093/infdis/jis773 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5907354/#CR43

In contravention to established science, States, municipalities, and businesses have violated the legal requirements for the promulgation of medical counter measures during a public health emergency stating a "belief" that social distancing of a healthy population limits the spread of SARS CoV-2. To date, not a single study has confirmed that social distancing of any population prevented the transmission of, or the infection by SARS CoV-2. It is unlawful under the FTC Act, 15 U.S.C. §41 et seq., to advertise that a product or service can prevent, treat, or cure human disease unless you possess competent and reliable scientific evidence, including, when appropriate, well-controlled human clinical studies, substantiating that the claims are true at the time they are made. As a result, every party promoting the use of face masks is violating the FTC Act. All of these laws have been broken. All relevant authorities in the United States must cease and desist the use of face masks until the matters above are rectified.

## CAUSE OF ACTION

118. Dr. Anthony Fauci has forced upon the healthy population of the United States an unlawful clinical trial in which the U.S. Department of Health and Human Services are extrapolating epidemiologic data. No informed consent has been sought or secured for any of the "medical countermeasures'' forced upon the population and no independent review board – as defined by the statute – has been empaneled. It is presumed that the CDC and its associates were: a) fully aware of the work being performed using their patented technology; b) entered into explicit or implicit agreements including licensing, or other consideration; and, c) willfully engaged one or more foreign interests to carry forward the exploitation of their proprietary technology when the U.S. Supreme Court confirmed that such patents were illegal, and the National Institutes of Health

issued a moratorium on such research. To add insult to injury, numerous administrative agencies are issuing administrative "guidelines" that are based upon the CDC's erroneous and illegal "mandates" and commercial legal relations are being adversely affected such that these "guidelines" are being treated as laws. Rochelle P. Walensky (et. Al.), Director of the Centers for Disease Control and Prevention, knew or should have known that her actions were illegal and not just civilly actionable but due to the enormity of her actions (and those operating in concert with her) rise to the level of criminal as it is a maxim of law that, "external actions indicate internal intentions."

119. The Criminal violation(s) in this Civil Suit is nonstop from the beginning and still going strong today. Dr. Anthony Fauci has forced upon the healthy population of the United States an unlawful clinical trial in which the U.S. Department of Health and Human Services are extrapolating epidemiologic data.

120. The Supreme Court made it abundantly clear that the Court had "long held" that nature was not patentable. The CDC made false claim(s) and misleading claims to the United States and lied beyond the Domain of patent protection.

**FOR PROFIT**

121. Based on company financial statements, the Alliance estimates that Pfizer, BioNTech, and Moderna will make pre-tax profits of $34 billion this year between them, which works out as over a thousand dollars a second, $65,000 a minute or $93.5 million a day. The monopolies these companies hold have produced five new billionaires during the pandemic, with a combined net wealth of $35.1 billion.

122. Pfizer 3 Quarter reports a 36 billion Profit; Moderna forecast an 18 Billion Dollar profit along with Johnson and Johnson/Jassen expected a 2.5 Billion Dollar profit. These profits are is based on illegal transactions. It is important to

note that the CDC patent applications were also rejected; not only knowing the Patent was clearly illegal, Dr. Fauci knew or should have known and failed to disclose evidence that the CDC patent was illegal, based on the work he had funded in the years leading up to the SARS outbreak. Dr. Fauci's abuse of the patent law is clearly written. His bogus "invention" for profit has violated many laws and has took a lot of life(s) and love ones from their families, Mr. Fauci's, and the CDC recklessness, greed or Ego should be criminally investigated; nor less of making false claim(s) knowing the patent and other false claims were rejected from the beginning.

123. Plaintiff does not believe that an administrative process will settle any of the claims herein related. Plaintiff believes that a default/declaratory judgment, summary judgment, or jury verdict, will resolve the remedies requested.

## COUNT I

### (Breach of Agreement)

124. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 123 above.

125. The Constitution for the United States of America (circa 1787) is the supreme law of the land. The Supremacy Clause of the Constitution of the United States (Article VI, Clause 2) establishes that the Constitution, federal laws made pursuant to it, and treaties made under its authority, constitute the "supreme Law of the Land", and thus take priority over any conflicting state laws. It provides that state courts are bound by, and state constitutions subordinate to, the supreme law. However, federal statutes and treaties are supreme only if they are implemented within the parameters of the Constitution.

126. Said agreement/Trustee oath is codified at Title 5 USC §1331, 1332, 1333. **Defendants are in breach of said agreement (oath of office) in that they are instituting unlawful actions**

**in relation to a eugenics program couched as a "covid-19" p[L]andemic.**

127. **Breach of contract** (i.e., agreement) is defined by Ballentine's Law dictionary 3rd Ed. as "A failure without legal excuse to perform any promise which forms a whole or a part of a contract, including the refusal of a party to recognize the existence of the contract or the doing of something inconsistent with its existence. City Bank v. Erskine & Sons, 158 Ohio St 450, 110 NE2d 598; a nonperformance of any contractual duty of immediate performance; the breach may be total or partial and may take place by failure to perform acts promised ... or hindrance... Restatement, Contracts § 312."

128. WHEREFORE, plaintiff demands judgment against defendant in an amount to be determined at trial for costs and expenses.

## COUNT II

### (Breach of First Amendment)

129. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 128 above.

130. Defendants are in breach of the First Amendment as they have unlawfully enacted and enforced edicts in furtherance of restricting the rights to assemble, establishment of religion (Satanism), and freedom of speech.

131. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from restricting unalienable rights protected by the First Amendment.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT III

### (Breach of Second Amendment)

132. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 131 above.

133. Defendants are in breach of the Second Amendment as they have unlawfully enacted and enforced edicts in furtherance of restricting the rights to Keep (in our possession) and bear (carry on one's body) arms.

134. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from restricting unalienable rights protected by the Second Amendment.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT IV

### (Breach of Fourth Amendment)

135. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 134 above.

136. Defendants are in breach of the Fourth Amendment as they have unlawfully enacted and enforced edicts in furtherance of restricting the rights to **be secure in their persons**, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and **the persons or things to be seized**." In furtherance of attempting to, actually coercing parties to take an experimental "synthetic [experimental] pathogen" couched as a so-called "vaccine" to create an international fraudulent "pandemic" to alter the foundational Supremacy Clause.

137. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from

restricting unalienable rights protected by the Fourth Amendment.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT V

### (Breach of Fifth Amendment)

138. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 137 above.

139. Defendants are in breach of the Fifth Amendment as they have unlawfully enacted and enforced edicts in furtherance of restricting the rights to "…be deprived of **life**, **liberty**, or **property**, without due process of law; **nor shall private property be taken for public use**, without just compensation."

140. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from restricting unalienable rights protected by the Fifth Amendment.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT VI

### (Breach of Eighth Amendment)

141. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 140 above.

142. Defendants are in breach of the Eighth Amendment as they have unlawfully enacted and enforced edicts in furtherance of restricting the rights to "Excessive bail shall not be required, nor excessive fines imposed, **nor cruel and unusual punishments inflicted**." In other words, **the Unalienable Right to bodily integrity.**

143. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from restricting unalienable rights protected by the Eighth Amendment.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT VII

### (Breach of Ninth Amendment)

144. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 143 above.

145. Defendants are in breach of the Ninth Amendment as they have unlawfully enacted and enforced edicts in furtherance of restricting the rights to "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people." In other words, **the Unalienable Right to bodily integrity, to work without being forced to take an experimental "clot shot"/"synthetic pathogen", travel unrestricted, etc.**

146. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from restricting unalienable rights protected by the Ninth Amendment.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT VIII

### (Breach of Tenth Amendment)

147. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 146 above.

148. Defendants are in breach of the Tenth Amendment as they have unlawfully enacted and enforced edicts in furtherance of restricting the rights to "The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or **to the people**." In other words, **the Unalienable Right to bodily integrity, to work without being forced to take an experimental "clot shot"/"synthetic pathogen", travel unrestricted, etc.**

This premise is further supported by the dicta stated by Sandra Day O'Connor, in the case of New York v. United States, 488 U.S.

1041 (1992), "The question is not what power the Federal Government ought to have but what powers in fact have been given by the people." And "state officials remain accountable to the people." And "…the choice remains at all times with the residents of the State, not with Congress." And, "…the Constitution divides authority between federal and state governments **for the protection of individuals**."

149. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from restricting unalienable rights protected by the Tenth Amendment.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT IX

### (Breach of Thirteenth Amendment)

150. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 149 above.

151. Defendants are in breach of the Thirteenth Amendment as they have unlawfully enacted and enforced edicts in furtherance of restricting the rights to "Neither slavery nor **involuntary servitude**, except as a punishment for crime whereof the party shall have been duly convicted, <u>shall exist within the United States, or any place subject to their jurisdiction</u>." In other words, **the Unalienable Right to freedom of bodily integrity**. Defendants are attempting to <u>take legal title to plaintiff's body by attempting to force plaintiff to conform to their illegal tyrannical medical edicts</u>. Plaintiff holds legal and equitable title to herself, her body, and her Ens Legis (ANNETTE LYNN MCKENNA®™©) as a Holder-in-Due-Course, Secured Party Creditor.

152. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from

restricting unalienable rights protected by the Thirteenth Amendment.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT X

### (Breach of Title 35 USC 101 – Patent Fraud)

153. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 152 above.

154. Defendants are in breach of Title 35 USC 101 – Patent Fraud. Defendants actually engaged in fraud (intentional misrepresentation) or engaged in an ongoing conspiracy to commit said criminal fraud. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

155. **Patent Fraud** -Title 35 USC §101; Guidance--The discussion of Section 101 on Bitlaw Guidance is divided into these four pages:

• What is a Section 101 Rejection See Exhibit "A" From Justice Clarence Thomas

• <u>Applying Step One of the Alice test</u>,

• <u>Applying Step Two of the Alice test</u>, and quoted By U.S. Supreme Court:

**ruled in the case of Association for Molecular Pathology et al. v. Myriad Genetics – meant unconstitutional in 2013 by the United States Supreme Court that the commercial exploitation of any research or commercial activity in the United during the period of patent enforcement and after the Supreme Court ruling confirming that patents on genetic material was illegal.** The perpetrators of the so-called "covid-19" **"Synthetic Pathogen"** violated Title 35 USC 101, patent fraud and that said **"Synthetic Pathogen"** is admitted as a biowarfare agent.

156. Whereas: The Spike Protein of SARS-CoV-2 virus is the direct result of Gain-of-Function (GoF) research on Corona Viruses; and: This Gain-of-Function research was funded by U.S. taxpayers via Federal Agencies, including but not limited to, the NIH, NIAID, DOD, HHS, NSF, and the USAID; and: These Federal Agencies have paid monies to multiple Universities, Public and Private Corporations for Gain-of-Function research, in addition to and including but not limited to, **Peter Daszak of EcoHealth**, who subsequently funneled these monies including but not limited to, **Professor Ralph Baric at the University of North Carolina – Chapel Hill, and Professor Shi Zhengli at the Wuhan Institute of Virology; and Whereas: the Constitution of the United States of America does not empower the Senate or the Executive Branch of the U.S. Federal Government with the power or authority to regulate medical care;** Whereas: physicians have been prevented from practicing medical care of patients as they and their patients deem medically appropriate, following actions taken by the Federal Government including but not limited to Administrative agencies including the NIH, NIAID, CDC, PHS, FDA, and HHS; and Whereas: this has resulted in a pandemic that has cost more American lives than any war in U.S. history including WWII, The Civil War, or all other U.S. Wars combined. and The EUA documents filed by **Pfizer, Moderna,** and **Janssen** all demonstrate that the use of these Experimental Drug/Vaccines that include either the mRNA or dsDNA of the Spike Protein produced by this Gain-of-Function Research, do NOT statistically reduce the incidence of COVID-19, or deaths from COVID-19, and Whereas: by definition this Spike Protein is pursuant to the terms and conditions of the Biological Weapons Convention Treaty (BWCT) a direct violation of the Biological Weapons Convention Treaty; and Whereas: the failure to provide the required written Informed Consent to individuals being given these Experimental Drug Vaccine (Biological Agents), make the injection of these

Experimental Drug Vaccines (Biological Agents) by definition; a violation of (1) The 1947 Nuremberg Code, (2) The International Covenant on Civil and Political Rights (ICCPR) Treaty, (3) The 1964 Declaration of Helsinki, and (4) The American Medical Association (AMA) Code of Ethics. We hereby respectfully and formally request: That the President and Congress of the United States of American begin the immediate investigation of those involved in Gain-of-Function research, and that the investigation specifically include the investigation of those individuals and agencies responsible for the investment and development of the SARS-CoV-2 virus. That these individuals be held legally and criminally accountable for their actions in violation including but not limited to the U.S. Statutory violations as well as violations of the BWC Treaty, the ICCPR Treaty, and The Declaration of Helsinki. We hereby respectfully and formally request: Legislative and Executive action to ban the funding and development of such Gain-of-Function research, and the immediate cessation of such research currently being conducted and a return of such funding to the agencies or individuals that dispensed said funding. We hereby respectfully and formally request: **Legislative and Executive action to ban any Federal interference with the practice of medicine and to refrain from any further interference with the practice of medicine.** We hereby respectfully and formally request: Legislative and Executive action to ban any mask or drug vaccine (biologics) mandates or requirements of U.S. citizens including but not limited to travel, entry into places of business, or other activities consistent with the practices and principles of the U.S. Constitution and Amendments to the Constitution.

157. Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from using their fraud to violate the unalienable rights of plaintiff protected by the Constitution for The United States of America (circa

1787) and to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT XI

### (Title 18 USC §1956 and 1957 – Money Laundering)

158. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 157 above.

159. Defendants are in breach of Title 18 USC §1956 and 1957 – Money Laundering. After defendants engaged in actual or conspiracy to engage in patent fraud, they electronically moved funds, which constitutes money laundering. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

160. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from using their ill-gotten gains from patent fraud to violate the unalienable rights of plaintiff protected by the Constitution for The United States of America (circa 1787) and to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT XII

### (Title 18 USC §1343 – Wire Fraud)

161. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 160 above.

162. Defendants are in breach of Title 18 USC §1343 – Wire Fraud. After defendants engaged in actual or conspiracy to engage in patent fraud, they electronically moved funds, which constitutes wire fraud. Although this particular count is criminal and has been complained of through the United States

Attorney's Office, said count does constitute a penalty of $250,000.00.

163. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from using their ill-gotten gains from patent fraud to violate the unalienable rights of plaintiff protected by the Constitution for The United States of America (circa 1787) and to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT XIII

### (Title 18 USC §1341-1351 - Securities Fraud)

164. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 163 above.

165. Defendants are in breach of Title 18 USC §1341-1351 - Securities Fraud. After defendants engaged in actual or conspiracy to engage in patent fraud, wire fraud and money laundering, they bought and sold registered securities, which constitutes securities fraud. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

166. Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from using their ill-gotten gains from said violations, from trading in said stocks, and barre said companies from operating to perpetuate said fraud, to violate the unalienable rights of plaintiff protected by the Constitution for The United States of America (circa 1787) and to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

**COUNT XIV**

**(Criminal Harassment – State Penal/Criminal Code)**

167. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 166 above.

168. Defendants are in breach of their oaths of office in using their offices to cause "fear and alarm" therein engaging in Criminal Harassment – State Penal/Criminal Code. After defendants engaged in actual or conspiracy to engage in patent fraud, wire and securities fraud, and money laundering, they engaged in conduct to defraud the public in thinking that an actual pandemic existed when none did and caused legislative, executive, and judicial bodies to engage in fraudulent, unconstitutional actions in violation of numerous Amendments to the State and Federal Constitutions to violate the Unalienable rights previously enumerated. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty sum yet to be determined.

169. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from using their offices and positions to perpetuate a fraudulent pandemic that does not exist.

WEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

**COUNT XV**

**(Title 18 USC §873 – Blackmail)**

170. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 169 above.

171. Defendants are in breach of Title 18 USC §873 – Blackmail. After defendants engaged in actual or conspiracy to engage in patent fraud, wire fraud and money laundering, they used coercion to "con" the "PUBLIC" (defined in Ballentine's

Dictionary 2nd) into taking the "synthetic pathogen" in a eugenics program in order to retain their freedom continue working, traveling, and buying and selling, which is the most egregious as it constitutes the appearance of those premises found at P.L. 97-280, the Book of Revelation,

> "Revelation 13:17, KJV: "And that no man might buy or sell, save he **that had the mark** [the "covid-19 vaccination], or the name of the beast, or the number of his name." Revelation 13:17, NASB: "and he decrees that **no one will be able to buy or to sell**, except the one who has the mark, either the name of the beast or the number of his name."

172. This conduct constitutes restraint of trade, which invokes the jurisdiction of the United States Court of International Trade in New York. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

173. Plaintiff seeks a permanent injunction barring defendants from restricting plaintiff's relations in trade and travel, both domestically and internationally.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

### COUNT XVI

### (Title 18 USC §241, 242, 371, 1349 – Criminal Conspiracy)

174. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 173 above.

175. Defendants are in breach of Title 18 USC §241, 242, 371, 1349 – Criminal Conspiracy. After defendants engaged in actual or conspiracy to engage in patent/wire/securities fraud and money laundering, they enlisted others to participate with them in carrying out their plans to engage in global eugenics. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

176. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants **and all those in concert with them** from carrying out the illegal plans, schemes, and artifices in restricting the unalienable liberties of plaintiff. Plaintiff seeks an order to collect said penalty sum from each defendant's (and all those operating in concert with them – as they bear) LEGACY account, or other to be determined AND TO FILE CONTEMPT CHARGES FOR VIOLATING THIS COURT'S ORDER THAT WILL PROTECT the unalienable Rights of plaintiff that are guaranteed and protected by the Supremacy Clause.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT XVII

### (Title 18 USC §1961-1968 - RICO)

177. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 176 above.

178. Defendants are in breach of Title 18 USC §1341-1351 – Securities Fraud. After defendants engaged in actual or conspiracy to engage in patent fraud, wire fraud and money laundering, they bought and sold registered securities, which constitutes securities fraud. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

179. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants and all those in concert with them from using their ill-gotten gains from said violations, from trading in said stocks, and barre said companies from operating to perpetuate said fraud, to violate the unalienable rights of plaintiff protected by the Constitution for The United States of America (circa 1787) and to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT XVIII

### (Title 18 USC §1113 - Attempted Murder)

180. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 179 above.

181. Defendants are in breach of Title 18 USC §1113 - Attempted Murder. After defendants engaged in actual or conspiracy to engage in patent/wire/securities fraud, and money laundering, and have attempted to coerce individuals in taking a potentially deadly "synthetic pathogen" in violation of "life, liberty and pursuit of happiness." Furthermore, forcing someone to wear a facial "oxygen blocker" called a "face mask" in a restriction on one's life – i.e., to breath fresh air. This constitutes attempted murder, which comes with a corresponding commercial liability. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

182. Plaintiff seeks a permanent injunction barring defendants from engaging in any conduct reminiscent of the actions described above. Plaintiff also seeks to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT XIX

### (Title 18 USC §1112 - Manslaughter)

183. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 182 above.

184. Defendants are in breach of Title 18 USC §1112 - Manslaughter. After defendants engaged in actual or conspiracy to engage in patent/wire/securities fraud, and money laundering, and have attempted to coerce individuals in taking a potentially

deadly "synthetic pathogen" in violation of "life, liberty and pursuit of happiness," people have died in taking this alleged "vaccine." Therein, defendants are guilty of manslaughter, see VAERS report deaths. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

185. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants from engaging in any conduct reminiscent of the actions described above. Plaintiff also seeks to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

### COUNT XX

### (Title 18 USC §2441 – Biowarfare)

### (Biological Weapons Anti-Terrorism Act of 1989 (BWATA), Pub.L. 101-298, enacted May 22, 1990))

186. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 185 above.

187. Defendants are in breach of Title 18 USC §2441 – Biowarfare, (Biological Weapons Anti-Terrorism Act of 1989 (BWATA), Pub.L. 101-298, enacted May 22, 1990)). After defendants engaged in actual or conspiracy to engage in patent/wire/securities fraud, and money laundering, and have attempted to coerce individuals in taking a potentially deadly "synthetic pathogen" in violation of "life, liberty and pursuit of happiness," people have died and the evidence supports the premise that the defendants "knew or should have known" that their actions would9cause biowarfare deaths. Therein, defendants are guilty of biowarfare as stated by their contractual agreements, see List of Exhibits in Support. Although this particular count is criminal and has been complained of through

the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

188. Plaintiff seeks a permanent injunction barring defendants from engaging in any conduct reminiscent of the actions described above. Plaintiff also seeks to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT XXI

### (Title 18 USC §2331 - International Terrorism)

189. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 188 above.

190. Defendants are in breach of Title 18 USC §2331 - International Terrorism. After defendants engaged in actual or conspiracy to engage in patent/wire/securities fraud, and money laundering, and have attempted to coerce individuals in taking a potentially deadly "synthetic pathogen" in violation of "life, liberty and pursuit of happiness," people died and defendants exported the biowarfare. The evidence constitutes International Terrorism. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

191. Plaintiff seeks a permanent injunction barring defendants from engaging in any conduct reminiscent of the actions described above. Plaintiff also seeks to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

**COUNT XXII**

**(Title 18 USC §1111 - Felony Homicide)**

192. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 191 above.

193. Defendants are in breach of Title 18 USC §1111 - Felony Homicide. After defendants engaged in actual or conspiracy to engage in patent/wire/securities fraud, and money laundering, etc. and someone dies, that constitutes felony homicide. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

194. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants from engaging in any conduct reminiscent of the actions described above. Plaintiff also seeks to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

**COUNT XXIII**

**(Title 18 USC §1091 - Genocide)**

195. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 194 above.

196. Defendants are in breach of Title 18 USC §1091 - Genocide. After defendants engaged in actual or conspiracy to engage in patent/wire/securities fraud, and money laundering, etc. and someone died, that constitutes felony homicide and the numbers into the tens of thousands constitutes genocide. Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

197. WHEREFORE, Plaintiff seeks a permanent injunction barring defendants from engaging in any conduct reminiscent of the actions described above. Plaintiff also seeks to collect

said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

### COUNT XXIII

### (Title 15 USC §1 - Restraint of Trade)

198. Plaintiff, living woman, incorporates the allegations in paragraphs 1 through 197 above.

199. Defendants are in breach of Title 15 USC §1 - Restraint of Trade.

"Every contract, combination in the **form of trust** [incorporated] or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, **is declared to be illegal**. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be **punished by fine not exceeding $100,000,000 if a corporation**, or, if any other person, $1,000,000, or **by imprisonment not exceeding 10 years, or by both said punishments**, in the discretion of the court."

15 USC §7 – "Person" or "persons" defined
"The word "person", or "persons", wherever used in sections 1 to 7 of this title shall be deemed **to include corporations and associations** existing under or authorized by the laws of either the United States, the laws of any of the Territories, the laws of any State, or the laws of any foreign country."

200. After defendants engaged in actual or conspiracy to engage in patent/wire/securities fraud, and money laundering, etc. and someone died, which constitutes felony homicide they engaged in restraint of trade to restrict those who refuse to play "Russian Roulette" by "synthetic pathogen" by forcing or attempting to force/coerce into taking a "synthetic pathogen" with a so-called "vaccine passport" to "buy or sell." That constitutes "restraint of trade." Although this particular count is criminal and has been complained of through the United States Attorney's Office, said count does constitute a penalty of $250,000.00.

201. Plaintiff seeks a permanent injunction barring defendants from engaging in any conduct reminiscent of the actions described above. Plaintiff also seeks to collect said penalty sum from each defendant's LEGACY account, or other to be determined.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT XXIV

### (Unlawful Conversion)

202. Plaintiff incorporates the allegations in paragraphs 1 through 201 above.

203. **Unlawful conversion** is defined by Ballentine's Law dictionary 3rd Ed. as "A distinct act of dominion wrongfully exerted over another's personal property in denial of or inconsistent with his title or rights therein, or in derogation, exclusion, or defiance of such title or rights. 18 Am J2d Conversion § 1. It is an essential tortious act, an unlawful act, an act which cannot be justified or excused in law. 18 Am J2d Conversion § 1."

204. The nature of the act of conversion; "to constitute a conversion the act must be such as to indicate as assertion ... of a right of control or dominion over the property, adversely to the owner;" Consolidated Co. v. Curtis, 1892 1 Q.B. 495 (Eng). The expression of conversion means that the defendant has exercised a wrongful dominion or control over the property in violation of the plaintiff's rights.

> "It is not necessary to a conversion that it be shown that the wrongdoer has applied it (the property) to his own use. If he has exercised a dominion over it in exclusion, or in defiance of, or inconsistent with, the owner's right, that in law is a conversion, whether it be for his own or another person's use." Bristol v. Burt, 7 Johns 254 (N.Y.).

205. **Unlawful conversion** requires that the following elements be performed; 1) property in plaintiff and 2) a

wrongful conversion by the defendant. Plaintiff labored. Defendants operate in a fraudulent medical tyranny to convert title to plaintiff labor to themselves in a New World Order Communist scheme to take through "covid" fraud. Defendants operate to convert plaintiff's labor (and all fruits therein applicable, i.e., "life, liberty and pursuit of happiness") to their possession through world communist plans.

206. As a result of the said unlawful conversion by constructive fraud of defendant(s) through false representations, plaintiff has sustained loss in restraint of trade, being forced to wear an "oxygen blocker" aka a mask, unable to "buy or sell" in certain businesses that restrict commerce based upon the fraudulent misrepresentations of defendants.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## COUNT XXV

### (Negligent Misrepresentation)

207. plaintiff incorporates the allegations in paragraphs 1 through 206 above.

208. **Negligence of bailee** is defined by Ballentine's Law dictionary 3rd Ed. as "The failure of bailee [Government Trustees] to exercise that degree of diligence and care in respect to the property in his possession under the bailment which the nature of his employment, the character of the bailment, and the attendant circumstances make it reasonable to expect of him. 8 Am Jur 2nd Bailment §198."

209. **Negligent misrepresentation** does not require the maker of a misrepresentation to know that the representation is false. As defined by California statute, negligent misrepresentation is "[t]he assertion, as a fact, of that which is not true, by one

who has no reasonable ground for believing it to be true".
California Civil Code, section 1710(2).

210. The approved jury instruction for negligent misrepresentation is more helpful than the statutory definition: **Negligent misrepresentation** requires that the following elements be proved;

> 1. The defendant must have made a representation as to a past or existing material fact;
> 2. The representation must have been untrue;
> 3. Regardless of his actual belief the defendant must have made the representation without any reasonable ground for believing it to be true;
> 4. The representation must have been made with the intent to induce plaintiff to rely upon it;
> 5. The plaintiff must have been unaware of the falsity of the representation; must have acted in reliance upon the truth of the representation and must have been justified in relying upon the representation;
> 6. And, finally, as a result of the reliance upon the truth of the representation, the plaintiff must have sustained damage.

211. Through representations (i.e., alleged "covid" "plandemic") by Defendants knew or should have known that they were false a.k.a. constructive fraud. It appears to plaintiff that defendant(s) knew or should have known that damage would occur in said negligent misrepresentation, which are charged in law as constructive fraud.

212. Defendant(s) owed plaintiff (and the Public) a fiduciary duty of due care not to be negligent in making false representations or through conduct of constructive fraud to cause false beliefs in regard to this so-called "covid" pandemic that resulted in physical, societal, and economic damage.

213. Defendants knew that parties in both the public and private sectors would falsely rely upon defendants' misrepresentations resulting in damage and loss.

214. As a result of Defendants negligence in making the representations as well as constructive fraud, plaintiff and the public have sustained losses in efforts to operate in society; loss of social relations due to so-called "covid" mandates, which resulted in false beliefs by commercial relations. See Affidavit in Support of Covid Complaint.

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

**COUNT XXVI**

**(Breach of Fiduciary Duty)**

215. Plaintiff incorporates the allegations in paragraphs 1 through 214 above.

216. **Fiduciary capacity** is defined by Ballentine's Law dictionary 3rd Ed. as "The position of one in whom special trust and confidence is reposed, and who is bound in equity and good conscience to act in good faith with due regard to the interest of the person reposing the confidence. Illinois v. Riggins, 132 NE2d 519."

217. The duty of a fiduciary is to act in a position of trust, good faith, candor, and responsibility, on behalf of another. The duty is one of the best-defined responsibilities under the law and is very strictly enforced by the courts.

218. The plaintiff is operating as a beneficiary of original jurisdiction defined as the Constitution for the united States of America (circa 1787) and through a Holder-in-Due-Course, Secured Party Creditor for the Ens Legis known as ANNETTE LYNN MCKENNA. Therein, the defendants operating as governmental Trustees have a fiduciary duty to the Post "New Deal" and "Original Jurisdiction" Grantor/Beneficiaries (aka We The People), of which Plaintiff is. The Constitution for the United States of America (anno domini 1787) mandates that, "private property cannot be taken without compensation." One's bodily integrity is the foundation that holds one's soul that

produces intellectual property and controls one's labor. This relationship is a matter of law and well documented. See Memorandum of Law in Support of Complaint. Therein, it is functionally impossible for the GOVERNMENTAL TRUSTEE to DICTATE to the Grantor/Beneficiary what he can or cannot do to his own body.

219. Therein, said GOVERNMENTAL TRUSTEE/Defendants (Fiduciary) (UNITED STATES, Inc. and its subsidiary STATE ACTORS) has a standard of care to ensure that the private sector's Bodily integrity is protected. Said actions of Fiduciary misconduct constitutes a gross violation of their oath and fiduciary duty and is therefore actionable.

220. Plaintiff reposed special trust and confidence in the abilities and fidelities of Defendants as Trustees of the PUBLIC Trust.

221. Because of the relationship of special trust and confidence existing between plaintiff and Defendant(s) respecting the plaintiff's bodily integrity, the Defendant(s) had a fiduciary duty to protect plaintiff from all false and specious actions against said bodily integrity or attempting to impose its views of medical tyranny upon plaintiff.

222. Defendant(s) did acts of constructive fraud, negligence therein breaching this duty of trust as trustee of plaintiff.

223. As a result of Defendant(s) breach by constructive fraud and negligence of its fiduciary duty of trust, plaintiff has sustained loss of occupation as well as consequential and other damages. Plaintiff incurred other reasonably foreseeable loss as result of the breach of fiduciary duty and care and medical tyranny against plaintiff by defendant(s).

WHEREFORE, plaintiff demands judgment against defendants in an amount to be determined at trial, plus costs and expenses.

## REMEDY REQUESTED

For all counts herein above stated.

224. Plaintiff requests a permanent injunction from forcing, coercing, passing legislation, engaging in undue influence, private or public, and for all the violations stated above; and

225. Since Pfizer; and the other Drug Company's; the CDC, and Dr. Fauci and his "bogus invention" and everyone's fraudulent conduct throughout the years knowing the patent fraud; and Anti-Trust laws have been broken, the Sherman Act and the Clayton Act has to be considered of any/all violations.

226. Since the Drug Companies, the CDC, and the NIAAD have made millions on illegal patents; fraud; Experimental (dysfunctional) PCR test, the Experimental "synthetic pathogens," the lockdowns, the mandatory testing, mask wearing, and "jabs" to keep one's job (PUBLIC or private) constitute crimes violating Nuremburg Rules among those listed in Title 18 United States Code, numerous State Laws, and common law/commercial principles. Profits for the Drug Companies exceed over 54 Billion Dollars for the calendar year of 2021, **in which under the Clayton Act which entitles the Plaintiff 3 times the amount of said illegal profits.**

227. Plaintiff seeks payment sounding in tort in the amount of **162.000.000.000.00 [ONE HUNDRED SIXTY-TWO BILLION AND NO CENTS]** for any/all listed crimes/counts in commerce.

Respectfully submitted this 27th day of January 2022.

_Annette-Lynn McKenna_
Annette-Lynn: McKenna
HDC, SPC, Principal Owner
ANNETTE LYNN MCKENNA ESTATE©™®

Annette-Lynn: McKenna
Non-Domestic
C/o: 658 Brindle Drive; near
Clarkdale [86324]
Tel: +1 480.790.0897

### Affidavit of Annette: McKenna

State of Arizona )
) Subscribed, affirmed, and sealed
Yavapai county )

1. I, Annette: McKenna, living woman, Affiant, being over 18 years of age, of sound mind, appear in propria persona by special appearance and state that the following is true and correct to the best of my knowledge and belief under penalty of perjury to place testimonial evidence on the commercial record.

2. Affiant appears from the soil/Land, on the county at Large, Yavapai county, in accord with the premises set forth in Norton v. Shelby County, 118 U.S. 425 (1886), and am not a fiction at law.

3. On or about August 24th the President and CEO of HP Inc., Enrique Lores, with the approval of the HP Board of Director's (Aida Alvarez, Stacy Brown-Philpot, Mary Anne Citrino, Shumeet Banerji, Robert R. Bennett, Chip Bergh, Bruce Broussard, Richard L. Clemmer, Jami Miscik, and Subra Suresh) sent an all-employee communication that COVID-19 vaccination was required to access continental United States (US) HP sites, partner sites, and events. In reading the communication further he stated, "Research from the world's most respected medical and public health experts shows that vaccines are safe and dramatically reduce infection rates as well as risk of severe illness or death from COVID-19." He also stated, "Just yesterday, the US Federal Drug Administration granted full approval

to the Pfizer BioNTech vaccine, a designation that is granted only after a rigorous process that ensures a vaccine's safety and effectiveness. Full approval of the Moderna and Johnson & Johnson vaccines are expected, as well."

4. Both statements are false.  I have personally done my research and multiple scientists trained in epidemiology have stated that COVID-19 has never been isolated therefore the Polymerase Chain Reaction (PCR) testing is false and no vaccination can be made for a virus that has never been isolated.  The Food and Drug Administration (FDA) has not approved any vaccine and all vaccines remain under Emergency Use Only (EUA).

5. Affiant's Director, Dan Barrett, asked if I had any questions on or about September 9, 2021.  I stated, "Yes.  That no individual has the right to instruct me or to force me to put something into my body against my will. I am a sovereign being and I am the only one that can determine what goes into my body and therefore I choose not to take the vaccine. Nor will I submit to any PCR testing as it is not a valid measurable test, and the test has unknown properties in the swabs.  I explained that any compulsory Covid-19 vaccination requirement is a violation of federal law. I urged HP to advise all employees that they have the right to take (or refuse) any COVID-19 vaccine. Any other action is contrary to federal law.  My concerns were neither answered nor did HP notify any employee of their rights.  My statements were ignored, and my director did not follow-up with me personally.

6. I have received two notices thereafter on or about September 9, 2021 and September 21, 2021 from HP Human Resources (HR), Nicolina

1   Marzicola, HR Lead, Enterprise COVID-19 PMO, that I have not

2   uploaded my vaccination status and that I missed the deadline of

3   asking for an exemption. I do not have to ask for an exemption as

4   HP, as my employer, has no legal right to enforce a bioweapon on me.

5   I see this as a direct assault on my health and wellbeing and I do

6   not consent in putting my life in danger over a mandate as HP has no

7   binding legal or contractual authority to enforce, as such an

8   agreement would constitute an unconscionable contract.

9   7. HP has stated in their FAQ, "If I choose not to provide proof of

10  vaccination, am I at risk of being fired? (updated 16 September

11  2021). The purpose of the vaccination requirement is to protect the

12  wider HP community from COVID-19, not penalize individuals who

13  cannot be vaccinated or choose not to share their vaccination

14  status. Every circumstance is different, and HP will work with those

15  who do not qualify for an accommodation to find an outcome that

16  supports both HP's responsibility to safeguard the health of all

17  employees and our commitment to treating each employee with

18  integrity and respect. The deadline for employees to submit an

19  accommodation request in Workday in order to meet the requirement's

20  effective date of 1 November was 23 September. You can still submit

21  a request in Workday after 23 September, but your case may not be

22  resolved prior to 1 November, putting you at risk for non-

23  compliance. We recognize that some individuals may have reservations

24  or objections to being vaccinated or sharing their vaccination

25  status. However, we require employees to abide by many policies

    governing workplace conduct for the welfare of our wider HP

    community and the good of the company. This vaccination requirement

[McKenna HP Sworn Affidavit], Page **3** of **6**

1   is consistent with those requirements and reflects our broader

2   responsibility to protect the health and safety of the entire HP

3   community. As with all other HP policies and protocols, employees

4   who choose not to comply with these requirements are subject to

5   consequences up to and including termination. If they are designated

6   as an onsite or flex worker with responsibilities that require them

7   to be on-site, they may not be able to fulfill their

8   responsibilities or perform at an acceptable level. If HP and the

9   employee can find no suitable alternatives, it can ultimately lead

10  to a difficult decision impacting the employee's ability to remain

11  in their role or even with HP."

12  8. Affiant's Vice President and General Manager, Grad Rosenbaum who was

13     instructed by HP Executive Leadership Christoph Shell, Chief

14     Commercial Officer, and Tuan A Tran, Print Staff, to inquire with

15     any employee who did not comply with loading their vaccination

16     status.  Grad Rosenbaum on or about October 26, 2001, sent a message

17     through zoom chat, "GM! We understand that you have not yet taken

18     action in Workday to upload your proof of vaccination or request an

19     accommodation.  Compliance by 1 November 2021 is critical to avoid

20     any disruption to the business or your ability to perform your

21     role.  If you have no intention of complying, please let us know,

22     otherwise update your information in Workday by 27 October 2021."

23  9. Prior to the most recent communication from HP Inc as stated above

24     on or about May 5, 2021, Tashi Theisman, Head of Global Benefits and

25     Employee Mobility, on the importance of getting vaccinated as soon

       as possible and on or about February 22, 2021 Tracy Keogh, then the

       Chief Human Resources Officer announced that HP was exploring

[McKenna HP Sworn Affidavit], Page **4** of 6

partnerships with governments and healthcare providers that would

make it easier for employees who meet their location's eligibility

guidelines to be vaccinated. As early as July 9, 2020 Dave Prezzano,

then the General Manager and Global Head, Print Services & Solutions

mandating wearing a face covering at any worksite.

10.   As a sovereign woman of the land, I claim my right to govern my

rightful decisions over my health and elect not to inject myself

with any experimental drug. I will not waiver my rights under the

force of an employer with the threat of my job.

\
\
\

1  I, Annette: McKenna, under penalty of perjury, do hereby affirm that I have

2  fully read and understand the foregoing criminal complaint and affirm that

3  all averments contained in this document are true and correct to the best of

4  my knowledge and belief.

5

6  _Annette: McKenna,_ Affiant, a living breathing lawful woman

7  Beneficiary of Original Jurisdiction

8                           Jurat/Acknowledgment

9  State of Arizona        )
                           )        Subscribed, affirmed, and sealed
10 Yavapai county          )

11 On this 17th day of November 2021, the person listed above did
   personally appear before me, is known to be the person described
12 herein, who executed the foregoing, acknowledged the contents thereof,
   and executed the same as his free act and deed.  Subscribed before me
13 the undersigned Notary.

14                                             seal

15 Notary Officer

16                    LANCE R. PETERSON
                   Notary Public - State of Arizona
17                        YAVAPAI COUNTY

18

19

20

21

22

23

24

25

FROM: Annette-Lynn: McKenna living woman
On the county at Large, Yavapai County
Non-Domestic
C/O: 658 Brindle Drive
Clarkdale, Arizona [86324]
Tel: 480.790.0897

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Annette-Lynn: McKenna                             Case No:

Real Party in Interest.

Holder-In-Due-Course (HDC)

Secured Party Creditor (SPC)

Principal Owner of ANNETTE LYNN MCKENNA

                    -VS-

HP INC, Enquire Lores, et. al.

**RE:     List of Exhibits in Support of Covid Civil Complaint**

Exhibit 1  - COVID 19 PCR Tests are Scientifically Meaningless

Exhibit 2  - Affidavits, Information Resources & Relevant Laws

Exhibit 3  - LEADING VIROLOGIST SAYS CORONAVIRUS PANDEMIC IS "THE
                    GREATEST HOAX EVER PERPETRATED ON AN UNSUSPECTING PUBLIC"

Exhibit 4 - WHO Statistics, Johns Hopkins Covid Resources Center

1

Exhibit 5 - Testimony of Dr. Reiner Fuellmich, Esq., Licensed to practice in State of California, Regarding Those responsible for "Corona Scandal" must be criminally prosecuted for crimes against humanity

Exhibit 6 – COVID-19 Anti-Trust Argument, Data provided by David Martin, PhD is available for emailing

Exhibit 7 – The Fauci/COVID-19 Dossier

Exhibit 8 - The Fauci/COVID-19 Dossier, 227 page longer version, available by email.

Exhibit 9 - 20 Reasons Mandatory Face Masks Are Unsafe

Exhibit 10 – San Francisco Vaccine Mandate First Amendment and 4th Amendment Violations

Exhibit 11 - Testimony by Dr. Dan Stock of Indiana August 2021

Exhibit 12 – Testimony by Dr Peter McCullough Texas A&M Proof of MSM Blocking covid remedies

Exhibit 13 - COVID-19 is a Fraud I'M A CLINICAL LAB SCIENTIST, COVID-19 IS FAKE, WAKE UP AMERICA, Posted by Joshua Flint, Feb 1, 2021

Exhibit 14 – Dr. Uhler Coronavirus Protocol

Exhibit 15 - Testimonials of Damage from the so-called Covid Vaccine
https://www.c19vaxreactions.com/real-testimonials.html

Exhibit 16 – stephenlendman.org pcr-tests-dont-work-and-risk-harm
https://stephenlendman.org/2021/04/pcr-tests-dont-work-and-risk-harm/

Exhibit 17 - Hawaii Attorney Michael Green Files Class Action Lawsuit Says Vaccine Has Killed 45,000 People

Exhibit 18 – Spike protein is very dangerous, it's cytotoxic (Robert Malone, Steve Kirsch, Bret Weinstein)

Exhibit 19 - Vaccine Emergency Use Authorization & Ivermectin (from Livestream #80)
https://www.youtube.com/watch?v=zfqxCkJw0Rk

Exhibit 20 – Military COVID Injection Informed Consent

Exhibit 21 - SARS-CoV-2 infection induces long-lived bone marrow plasma cells in humans

Exhibit 22 – How Long do Vaccinated have to Live

Exhibit 23 - How PCR tests helped change the definition of infected

Exhibit 24 – The Great Barrington Declaration

Exhibit 25 - Congressman Torres Conspiracy Violation of Nuremburg Rules HR 4980

Exhibit 26 – The Truth About PCR Tests by Dr. Sam Bailey

Exhibit 27 - The Truth About Social Distancing by Dr. Sam Bailey (New Zealand)

Exhibit 28 – Pfizer Vaccine EUA alleged approval August 23, 2021

Exhibit 29 - Dr. Ryan Cole our greatest weapon against the coronavirus is vitamin d board
certified pathologist

Exhibit 30 – Odds of Dying from COVID-19 vs other Coronaviruses
https://www.youtube.com/watch?v=1YhzkZvz2lc&t=97s

Exhibit 31 - USC Professor Joel Hay says there is no scientific proof social distancing prevents
spread of Covid April 22, 2020   https://www.youtube.com/watch?v=HH4tAq-PP7s

Exhibit 32 – Why Vaccine passports are illegal in Canada by Canadian Lawyer

Exhibit 33 - Magnetic Phenomenon (CV19 Vials)

Exhibit 34 – Final EUA Fact sheet for Recipients - Pfizer-BioNTECH COVID-19 Vaccine

Exhibit 35 - Moderna COVID-19 Vaccine-fact-sheet-recipients-caregivers

Exhibit 36 – Janssen-fact-sheet-recipients

Exhibit 37 - Letter from CA Department of Social Services

Exhibit 38 – USDC SDNY ICAN v. US Depart HHS (2018) STIPULATION

Exhibit 39 - The science and ethics regarding risk posed by non-vaccinated individuals

Exhibit 40 – Israeli Position Paper - The Science and the Ethics Regarding the Risk Posed by
Non-Vaccinated Individuals

Exhibit 41 – not available at this time

Exhibit 42 –Delaware Governor's Office Admission Sars-Cov-2 Isolate does not exist

Exhibit 43 – Dr. Kevin Stillwagon Public Health Lessons at the Orange County Commissioners
Meeting Sept 14, 2021

Exhibit 44 - UK Lockdown Text July 2021

Exhibit 45 - DR. RIMA LAIBOW DISCLOSING HOW COVID 19 WILL HAPPEN. IN 2008

Exhibit 46 – Email communication between HP Inc. and Annette McKenna

Exhibit 47 - Is it true Essential Covid Questions

Exhibit 48 – Personal Email with David Martin, PhD October 6, 2021

Exhibit 49 - United States Patent Application 20190216917

Exhibit 50 - United States Patent Application 20190240317

Exhibit 51 - United States Patent Application 20200197510

Exhibit 52 - United States Patent Application 20200282046

Exhibit 53 - United States Patent 10,702,600

Exhibit 54 - DARPA's Pandemic-Related Programs

Exhibit 55 - SIGNED NIH-Moderna-Confidential-Agreements

Exhibit 56 – Nuremburg Code (1948)

Exhibit 57 - Tom Rentz DOD-Doc

Exhibit 58 - CMS Center for Medicare & Medicare Vaccination Policy Mandate

Exhibit 59 Project Veritas_JAG_Docs

Exhibit 60 US Patent_ 11067534 Multi-channel nanopore sensing by local electrical potential measurement

Exhibit 61 US Patent_ 10436747 Nanopore sensing by local electrical potential measurement

Exhibit 62 US Patent_ 10435817 Controlled growth of nanoscale wires

Exhibit 63 US Patent_ 10369255 Scaffolds comprising nanoelectronic components for cells, tissues, and other applications

Exhibit 64 US Patent_ 10355229 Methods and systems for scaffolds comprising nanoelectronic components

Exhibit 65 US Patent_ 10119955 High-resolution molecular sensor

Exhibit 66 US Patent_ 10049871 Anisotropic deposition in nanoscale wires

Exhibit 67 US Patent_ 9903862 Nanosensors and related technologies

Exhibit 68 US Patent_ 9786850 Methods and systems for scaffolds comprising nanoelectronic components

Exhibit 69 US Patent_ 9702849 Nanopore sensing by local electrical potential measurement

Exhibit 70 US Patent_ 9638717 Nanoscale sensors for intracellular and other applications

Exhibit 71 US Patent_ 9595685 Nanoscale wires, nanoscale wire FET devices, and nanotube-electronic hybrid devices for sensing and other applications

Exhibit 72 US Patent_ 9541522 Nanoscale field-effect transistors for biomolecular sensors and other applications

Exhibit 73 US Patent_ 9535063 High-sensitivity nanoscale wire sensors

Exhibit 74 US Patent_ 9457128 Scaffolds comprising nanoelectronic components for cells, tissues, and other applications

Exhibit 75 US Patent_ 9297796 Bent nanowires and related probing of species

Exhibit 76 US Patent_ 9252214 Bent nanowires and related probing of species

Exhibit 77 US Patent_ 9102521 Nanosensors and related technologies

Exhibit 78 US Patent_ 9029836 Controlled synthesis of monolithically-integrated graphene structure

Exhibit 79 US Patent_ 8883568 Method providing radial addressing of nanowires

Exhibit 80 US Patent_ 8698481 High-resolution molecular sensor

Exhibit 81 US Patent_ 8586131 Liquid films containing nanostructured materials

Exhibit 82 US Patent_ 8575663 High-sensitivity nanoscale wire sensors

Exhibit 83 US Patent_ 8471298 Nanoscopic wire-based devices and arrays

Exhibit 84 US Patent_ 8399339 Nanosensors

Exhibit 85 US Patent_ 8232584 Nanoscale sensors

Exhibit 86 US Patent_ 8178907 Nanoscopic wire-based electrical crossbar memory-devices and arrays

Exhibit 87 US Patent_ 8154002 Nanoscale wire-based data storage

Exhibit 88 US Patent_ 8153470 Doped elongated semiconductors, growing such semiconductors, devices including such semiconductors, and fabricating such devices

Exhibit 89 US Patent_ 8072005 Apparatus, method and computer program product providing radial addressing of nanowires

Exhibit 90 US Patent_ 8058640 Branched nanoscale wires

Exhibit 91 US Patent_ 7956427 Nanosensors

Exhibit 92 US Patent_ 7918935 Transition metal oxide nanowires

Exhibit 93 US Patent_ 7915151 Doped elongated semiconductors, growing such semiconductors, devices including such semiconductors and fabricating such devices

Exhibit 94 US Patent_ 7911009 Nanosensors

Exhibit 95 US Patent_ 7858965 Nanowire heterostructures

Exhibit 96 US Patent_ 7772543 System and method for processing nanowires with holographic optical tweezers

Exhibit 97 US Patent_ 7666708 Doped elongated semiconductors, growing such semiconductors, devices including such semiconductors, and fabricating such devices

Exhibit 98 US Patent_ 7619290 Nanosensors

Exhibit 99 US Patent_ 7595260 Doped elongated semiconductors, growing such semiconductors, devices including such semiconductors, and fabricating such devices

Exhibit 100 US Patent_ 7500213 Array-based architecture for molecular electronics

Exhibit 101 US Patent_ 7476596 Doped elongated semiconductors, growing such semiconductors, devices including such semiconductors, and fabricating such devices

Exhibit 102 US Patent_ 7399691 Methods of forming nanoscopic wire-based devices and arrays

Exhibit 103 US Patent_ 7385267 Nanosensors

Exhibit 104 US Patent_ 7301199 Nanoscale wires and related devices

Exhibit 105 US Patent_ 7274208 Nanoscale wire-based sublithographic programmable logic arrays

Exhibit 106 US Patent_ 7256466 Nanosensors

Exhibit 107 US Patent_ 7254151 Nanoscale coherent optical components

Exhibit 108 US Patent_ 7211464 Doped elongated semiconductors, growing such semiconductors, devices including such semiconductors and fabricating such devices

Exhibit 109 US Patent_ 7172953 Methods of forming nanoscopic wire-based devices and arrays

Exhibit XX – more exhibits are available and being generated weekly

NOTE: the problem with the exhibits is that the amount of incriminating material is voluminous and overwhelming.

Respectfully submitted

Annette-Lynn: McKenna, living woman

FROM: Annette -Lynn: McKenna
658 Brindle Drive
Clarkdale Arizona [86324]
Tel: 480.790.0897

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Annette-Lynn: McKenna                          )     Case No.:
Real Party in Interest
Holder-In-Due-Course (HDC)                     )
Secured Party Creditor (SPC)                   )
Principal Owner of ANNETTE LYNN MCKENNA,       )     **EXHIBIT A:  OPINION FROM JUSTICE
     Plaintiff,                                     CLARENCE THOMAS ON  35 USC 3501**
                                               )
     v.                                            )     **IN SUPPORT OF THE COVID COMPLAINT**
                                               )
     HP INC, Enrique Lores, et.al                  )
                                               )
     Defendants.                                   )

---------------------------------              )

                                               )
annette-lynn: mckenna, living woman,           )

Real Party in Interest.                        )

                                               )

                                               )

                                               )

_____

EXHIBIT "A"

35 USC 3501

OPINION FROM JUSTICE CLARENCE THOMAS

35 U.S.C. § 101

**From Justice Clarence Thomas' opinion for the majority**

*Section 101 of the Patent Act provides: "Whoever invents or discovers any new and useful ... composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title." 35 U.S.C. § 101.*

*We have "long held that this provision contains an important implicit exception[:] Laws of nature, natural phenomena, and abstract ideas are not patentable." Mayo, 566 U.S., at_, 132 S.Ct., at 1293 (internal quotation marks and brackets omitted). Rather, "'they are the basic tools of scientific and technological work"' that lie beyond the domain of patent protection. Id., at_, 132 S.Ct., at 1293. As the Court has explained, without this exception, there would be considerable danger that the grant of patents would "tie up" the use of such tools and thereby "inhibit future innovation premised upon them." Id., at_, 132 S.Ct., at 1301. This would be at odds with the very point of patents, which exist to promote creation. Diamond v. Chakrabarty, 447 U.S. 303, 309, 100 S.Ct. 2204, 65 L.Ed.2d 144 (1980) (Products of nature are not created, and "'manifestations... of nature [are] free to all men and reserved exclusively to none'").[3]*

In their majority opinion in 2013, the U.S. Supreme Court made it abundantly clear that the Court had "long held" that nature was not patentable. Merely isolating DNA does not constitute patentable subject matter. In their patent, the CDC made false and misleading claims to the United States Patent & Trademark Office by stating that, "A newly isolated human coronavirus has been identified as the causative agent of SARS and is termed SARS-CoV.1[4] No "causal" data was provided for this statement.

---

[3] *Association for Molecular Pathology v. Myriad Genetics, Inc.,* 569 U.S. 576 (2013)

[4] U.S. Patent 7,220,852

When they filed their patent application on April 25, 2003 their first claim (and the only one that survived to ultimate issuance over the objection of the patent examiner in 2006 and 2007) was the genome for SARS CoV.

While this patent is clearly illegal under 35 U.S.C. §101, not only did the CDC insist on its granting over non-final and final rejections, but they also continued to pay maintenance fees on the patent after the 2013 Supreme Court decision confirmed that it was illegal.

In addition, the CDC patented the detection of SARS CoV using a number of methods including reverse transcription polymerase chain reaction (RT-PCR). With this patent, they precluded anyone outside of their licensed or conspiring interest from legally engaging in independent verification of their claim that they had isolated a virus, that it was a causative agent for SARS, or that any therapy could be effective against the reported pathogen.

with identity ranging from 96.8% to 99.9% identical sequences.[5] Dr. Fauci knew and failed to disclose evidence that the CDC patent was illegal, based on  work he had funded in the years leading up to the SARS outbreak.

After seeking an illegal patent, petitioning to override the decision of an examiner to reject it, and ultimately prevailing with the patent's grant, the CDC lied to the public by stating they were controlling the patent so that it would be "publicly available". [6]

Tragically, this public statement is falsified by the simple fact that their own publication in Genbank had, in fact, made it public domain and thereby unpatentable. This fact, confirmed by patent examiners, was overridden by CDC in a paid solicitation to override the law.

It is important to note that the CDC's patent applications were also rejected in non-final and final rejections for ineligibility under 35 U.S.C. § 102 for being publicly disclosed prior to their own filing. In the first non-final rejection, the USPTO stated that the CDC's genome was published in four Genbank accession entries on April 14, 18, and 21, 2003

[5] USPTO Non-Final Rejection File #10822904, September 7, 2006, page 4.
[6] https://apnews.com/article/145b4e8d156cddc93e996ae52dc24eco

While not covered under 35 U.S.C. §101, Dr. Fauci's abuse of the patent law is detailed below. Of note, however, is his willful and deceptive use of the term "vaccine" in patents and public pronouncements to pervert the meaning of the term for the manipulation of the public.

In the 1905 Jacobson v. Mass case, the court was clear that a PUBLIC BENEFIT was required for a vaccine to be mandated. Neither Pfizer nor Moderna have proved a disruption of transmission. In Jacobson v. Massachusetts, 197 U.S. 11 (1905}, the court held that the context for their opinion rested on the following principle:

"This court has more than once recognized it as a fundamental principle that 'persons and property are subjected to all kinds of restraints and burdens in order to secure the general comfort, health, and prosperity of the state..."

The Moderna and Pfizer "alleged vaccine" trials have explicitly acknowledged that their gene therapy technology has no impact on viral infection or transmission whatsoever and merely conveys to the recipient the capacity to produce an Sl spike protein endogenously by the introduction of a synthetic mRNA sequence. Therefore, the basis for the Massachusetts statute and the Supreme Court's determination is moot in this case.

Further, the USPTO, in its REJECTION of Anthony Fauci's HIV vaccine made the following statement supporting their rejection of his bogus "invention."