

1   annette-lynn: mckenna, living woman
On the county at Large, yavapai
2   Non-Domestic
c/o: 658 Brindle Drive
3   Clarkdale, Arizona [86324]
Tel: 480.790.0897

4

5              **UNITED STATES DISTRICT COURT**

6              **CENTRAL DISTRICT OF CALIFORNIA**

7   Annette-Lynn: McKenna,          ) Case No.:   **CV22-08016-PCT-SPL**
                                    )
         Plaintiff,                 )
8        v.                         ) **MEMORANDUM OF LAW AND POINTS**
                                    ) **AND AUTHORITIES**
9        HP INC, Enquire Lores, et.al ) **IN SUPPORT OF THE COVID**
                                    ) **COMPLAINT**
10                                  )
         Defendants.                )
11  ------------------------------  )
                                    )
12  annette-lynn: mckenna, living   )
    woman,                          )
13  Real Party in Interest.         )
                                    )
14  _____)

15  **ABSTRACT**: There are 1782 maxims of law. One of those maxims is, "Actio

16  exteriora indicant interiora secreta. **External actions show internal**

17  **secrets**. 8 Co. R. 146." A 99.4-99.9% survival rate for a sars-cov-2

18  isolate that cannot be found does not a pandemic make. And there are

19  numerous remedies for this "covid-19" flu. Therefore, there is no need

20  for a "vaccine" – real or imagined. And it is clear that the so called

21  vaccine for COVID-19 is actually a biowarfare agent commonly known in

22  some circles as a "synthetic pathogen" that alters the receiver's

23  RNA/DNA. Therefore, we can deduce by what follows in this document

24  that the intentions of those that would push a "synthetic pathogen" on

25  the planetary population are intending to commit mass genocide. Maxim

    of Law: "When the foundation fails, all fails."

**STATUTES**

**Attempted Murder –**            Title 18 USC §1113

**Blackmail –**            Title 18 USC §873

(**Biological Weapons Anti-Terrorism Act of 1989 (BWATA)**,

            Pub.L. 101-298, enacted May 22, 1990)

**Biowarfare –**            Title 18 USC §2441

**Criminal Conspiracy –**            Title 18 USC §241, 242, 371, 1349

**Criminal Harassment –**            State Penal/Criminal Code

**Felony Homicide –**            Title 18 USC §1111

**Genocide –**            Title 18 USC §1091

**International Terrorism –**            Title 18 USC §2331

**Manslaughter –**            Title 18 USC §1112

**Money Laundering –**            Title 18 USC §1956 and 1957

**Patent Fraud –**            Title 35 USC §101

**Restraint of Trade**            Title 15 USC §1

**RICO –**            Title 18 USC §1961-1968

**Securities Fraud –**            Title 18 USC §1341-1351

**Wire Fraud –**            Title 18 USC §1343

**CASES**

Abeel v. Clark, 84 California, 226

Alabama Assoc. of Realtors v. Depart…Health and Human Services, 594 U.S. ____ (August 26, 2021)

Allgeyer v. Louisiana, 165 U. S. 578

Barron v. Baltimore, 7 Pet. 243, 247

Beer Company v. Massachusetts, 97 U. S. 25

Brown v. New Jersey, 175 U.S. 172

Capital 'City Dairy' Co. v. Ohio, 183 U.S. 238

Carter v. Texas, 177 U.S. 442

Crowley v Christensen, 137 U. S. 86, 89

Eilenbecker v. Plymouth Co., 134 U.S. 31

Ex parte Virginia, 100 U.S. 339

Forsythe v. City of Hammond, 68 Fed. Rep. 774

Gibbons v. Ogden, 9 Wheat. 1, 203

Health Department v. Rector of Trinity Church, 145 N. Y. 32.

ICAN v. Department of HHS, 1:18-cv-03215-JMF, Docket Entry 18 (July 9, 2018)

Jacobson v. Massachusetts, 197 U.S. 11 (1905)

Jew Ho v. Williamson, 103 Fed. Rep. 10

Lau Ow Bew v. United States, 144 U. S. 47, 58

Lawton v. Steele, 152 U. S. 133

Lloyd v. Dollison, 194 U.S. 445

Matter of Walters, 84 Hun, 457

McElvaine v. Brush, 142 U.S. 155, 158

Missouri, Kansas & Texas Ry. Co. v. Haber, 169 U. S. 613, 628, 629

New Orleans Gas Co. v. Louisiana Light Co., 115 U.S. 650, 661

Penn. R. R. Co. v. Jersey City, 47 N. J. L. 286

People v. Fisher, 24 Wend 214, 219

Perry v. United States, 294 U.S. 330, 353 (1935)

Railroad Company v. Husen, 95 U.S. 465, 470

Railroad Co. v. Husen, 95 U. S. 465, 471

Redell v. Moores, 63 Nebraska, 219

State v. Gerhardt, 145. Indiana, 439, 450

State v. Moores, 55 Nebraska, 480

State v. Smith, 44 Ohio St. 348, 374

State v. Staten, 6 Coldwell, 233, 252

State v. Hay, 126 N. Car. 999

State v. Bell, 157 Indiana, 25

State v. Zimmerman, 86 Minnesota, 353

Tarrence v. Florida, 188 U.S. 519

Thorpe v. Rutland & Burlington R. R., 27 Vermont, 140, 148

United States v. Kirby, 7 Wall. 482

United States Forest Service v. Cowpasture River Preservation Assn., 590 U. S. ___, ___-___ (2020)

Walker v. Cincinnati, 21 Ohio St. 14, 41

Wilson v. Eureka City, 173 U.S. 32

Williams v. Mississippi, 170 U.S. 213

Yick Wo v. Hopkins, 118 U.S. 356

### Uniform Commercial Code Sections

3-302(a)(2)

### Federal Rules of Civil Procedure

**Rule 8(e)**

### Federal Rules of Evidence

**Rule 201.** (d)

### PUBLIC LAW

**P.L. 97-280**

NOTICE: This writer could have added numerous cases, rules, regulations, statutes, and code; however, this writer chose the following as the "Covid tyrants", perpetrators, have argued in favor of Jacobson v. Massachusetts, 197 U.S. 11 (1905). Therein, this writer argues that Jacobson, supra, operates in favor of those that are unvaccinated and choose to remain so and not in favor of the criminal perpetrators. This writer also presents case precedents of Alabama Assoc. of Realtors v. Depart…Health and Human Services, 594 U.S. ____ (August 26, 2021) and ICAN v. Department of HHS, 1:18-cv-03215-JMF, Docket Entry 18 (July 9, 2018).

1. It is a maxim of law that, "Actio exteriora indicant interiora secreta. External actions show internal secrets. 8 Co. R. 146." In other words, **"External actions indicate Internal Intentions."**

2. The case of **Chisholm v. Georgia** (1793), established through Justice James Wilson that "To the Constitution of the United States," he wrote, "the term SOVEREIGN, is totally unknown." Rather, Wilson characterized the individual free man as an original sovereign. **The states were mere aggregations of individuals: a collection of original sovereigns.** "[L]aws derived from the pure source of equality and justice, must be founded on the CONSENT of those whose obedience they require. **The sovereign, when traced to his source, must be found in the man.**" The Preamble of the Constitution begins, "We the People." With these three words, he explained, "our national scene opens with the most magnificent object which the nation could present. 'The PEOPLE of the United states' are the first personages introduced." Finally, Wilson turned to the text of Article III, Section 2. The people of Georgia, who ratified this provision, had consented to the Supreme Court's jurisdiction over Chisholm's suit. "As to the purposes of the Union," Wilson concluded, Georgia is NOT a sovereign state." (quoted from the book An Introduction to Constitutional Law: 100 Supreme Court Cases Everyone Should Know, page 4.

3. "...The Congress cannot revoke the Sovereign power of the people to override their will as thus declared." **Perry v. United States, 294 U.S. 330, 353 (1935)**. "In the United States, Sovereignty resides in the people, who act through the organs established by the Constitution."

4. Therein, Plaintiff is a sovereign woman. Plaintiff challenges any/all of the defendants to prove otherwise.

5. Therein, Plaintiff owns her body. Plaintiff challenges any/all of the defendants to prove otherwise.

6. Plaintiff is the Holder-in-Due-Course, Secured Party Creditor, Principal to her Estate known as ANNETTE LYNN MCKENNA aka ANNETTE LYNN MCKENNA ESTATE aka ANNETTE LYNN MCKENNA TRUST, copyrighted, registered, and filed via UCC1 numbers, CO UCC1 20212096110, CO UCC1 Amendment 20212096417, a Legal Notice & Demand (contract). Plaintiff challenges any/all of the defendants to prove otherwise.

7. Uniform Commercial Code 3-302(a)(2):

    **(a)** Subject to subsection (c) and Section 3-106(d), "holder in due course" means the holder of an instrument if:
    **(2)** the holder took the instrument (i) for value, (ii) in good faith, (iii) without notice that the instrument is overdue or has been dishonored or that there is an uncured default with respect to payment of another instrument issued as part of the same series, (iv) without notice that the instrument contains an unauthorized signature or has been altered, (v) without notice of any claim to the instrument described in Section 3-306, and (vi) without notice that any party has a defense or claim in recoupment described in Section 3-305(a).

8. Federal Rules of Civil Procedure, **Rule 8.** General Rules of Pleading,

    **(e) Construing Pleadings. Pleadings must be construed so as to do justice.**

9. Federal Rules of Evidence, **Rule 201.** Judicial Notice of Adjudicative Facts (d) Timing. **"The court may take judicial notice at any stage of the proceeding."**

10.   The case of **Marbury v. Madison**, 5 U.S. (1 Cranch) 137 (1803), was a landmark U.S. Supreme Court case that **established the principle of judicial review in the United States**, meaning that **American courts have the power to strike down laws and statutes that they find to violate the Constitution of the United States.** Decided in 1803, Marbury is regarded as the single most important decision in American constitutional law. **The Court's landmark decision established that the U.S. Constitution is actual law,** not just a statement of political principles and ideals, and helped define the boundary between the constitutionally separate executive and judicial branches of the federal government. Therein, said case established that anything in conflict with the supreme law of the land is null and void of law, "An act of congress repugnant to the constitution is not law.", "When the constitution and an act of congress are in conflict, the constitution must govern the case to which both apply."

11.   The Declaration of Independence of circa 1776, states, "We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the Pursuit of Happiness— That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the Consent of the Governed…" Plaintiff is not required to consent to ANY OF THIS COVID NONSENSE. Plaintiff challenges any/all of the defendants to prove otherwise.

12.   Public Law 97-280, 96 STAT. 1211, (97th Congress, Joint Resolution) states that,

"**Whereas the Bible**, **the Word of God**, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people; Whereas **deeply held religious convictions** springing **from the Holy Scriptures** led to the early settlement of our Nation; Whereas **Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States**; Whereas many of our great national leaders—among them Presidents Washington, Jackson, Lincoln, and Wilson—paid tribute to the surpassing influence of the Bible in our country's development, as in the words of President Jackson that the Bible is "**the rock on which our Republic rests**"; Whereas the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals, families, and societies; Whereas this Nation now faces great challenges that will test this Nation as it has never been tested before; and Whereas that renewing our knowledge of and faith in God through Holy Scripture can strengthen us as a nation and a people: Now, therefore, be it Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That the President is authorized and requested to designate 1983 as a national "Year of the Bible" in recognition of both **the formative influence the Bible has been for our Nation**, and **our national need to study and apply the teachings of the Holy Scriptures**." (Approved October 4, 1982)

13.   Therein, the so-called "vaccine", a "synthetic pathogen" is a "self-assembling" computer program, demonstrated by the **50 NANOPARTICLE patents** by **MIT Graduate**, **Charles Lieber**, **Exhibits 60 through 110**, USDC Massachusetts, Case no. 1:20-CR-10111-RWZ, **convicted on all counts**, December 21, 2021, proved that his inventions are part of the Book of Revelation, Chapter 13, "**Mark of the Beast**" plan to turn every human into a walking computer, whose every thought would be regulated and controlled by the so-called "leftist, liberal, Elites" aka Communistic/Technocrats in violation of too many laws to list here in this document.

14.   ABSTRACT:

**VIII. HOMICIDE CRIMES**

A. Definition and Classification

**A homicide is the killing of one human being by another human being.**
At common law, homicides are classified as:

1) Justifiable – justifiable homicides are those committed or authorized by law and not punishable.

2) Excusable – excusable homicides are those in which the killer is to some extent at fault but where circumstances do not justify infliction of full punishment for criminal homicide, i.e., the killing is criminal but the penalty is reduced.

3) Criminal – criminal homicide is any killing that is neither justified nor excusable – murder or manslaughter.

Modern statutes often add to homicide law the additional offense of negligent homicide.

**C. Felony Murder**

A killing, even if accidental, will be murder if it was caused with the **intent to commit a felony.** The rule provides that any killing committed during the course of a felony is murder. No intent to kill or other mental state regarding the occurrence of death is required, thus, this is a form of limited liability. Some courts require that the death of another have been a foreseeable result of the felony as a condition of applying the felony murder rule. A number of states limit the felony murder rule to underlying felonies of a specific nature – this approach requires that the predicate felony be a dangerous one. All courts agree that the killing must be caused in the perpetration of the **predicate felony.** The Model Penal Code does not make felony murder a separate category of murder. The Model Penal Code does raise a presumption of "extreme indifference to the value of human life" if the defendant killed while committing or fleeing from a major felony.

G. General Problems Relating to Homicide Liability

Under the common law rule the "year and a day" rule applies wherein if a death occurs within a year and a day from the time of the offense the offender is deemed to have caused the death in question. The "year and a day" rule has been abandoned by the modern statutory system of laws.

15.   It has been argued that the case of **Jacobson v. Massachusetts**, 197 U.S. 11 (1905), gives sweeping authority for the State/Federal Legislature to issue orders to "vaccinate" anyone and everyone in their jurisdiction. However, The Supreme Court also ruled in said case that

> "While **a local regulation**, even if based on the acknowledged police power of a State, <u>must always yield in case of conflict with the exercise by the General Government of any power it possesses under the Constitution, the mode or manner of exercising its police power is wholly within the discretion of the State so long as the Constitution of the United States is not contravened, or any right granted or secured thereby is not infringed, or not exercised in such an arbitrary and oppressive manner as to justify the interference of the courts to prevent wrong and oppression.</u>"

> "**The police power of a State** embraces such reasonable regulations relating to matters completely within its territory, and not affecting the people of other States, established directly by legislative enactment, as **will protect the public health and safety**."

[Killing We The People (who are the Grantor/Beneficiaries to the Governmental Constitution) with a "synthetic pathogen" or restricting their Right to Travel or Right to "Buy or Sell" (see the Book of Revelation, Ch 13:16-18) is not protecting the public health.]

This writer reminds the reader that United States P.L. 97-280 states that the Bible is the Word of God.

> "<u>Compulsion to introduce disease into a healthy system is a violation of liberty. The right to preserve life is the most sacred right of man</u>, Slaughter House Cases, 16 Wall. 36, and is specially provided for in the Preamble of the Federal Constitution."

> "The law itself testifies to its own oppressive and unreasonable character. It is not due process of law, when such defense is excluded."

> "**The** Board of Health [**CDC**] is entrusted with **arbitrary powers**, and determines the necessity for, and methods of, vaccination and plaintiff's rights in regard thereto without a hearing, thus depriving him of his liberty without due process of law. Chi., M. & St. P. v. Minnesota, 134 U. S. 418; Hagan v. Reclamation Dist., 111 U. S. 701.
> The law is not justified by necessity. Miller v. Horton, 152 Massachusetts, 546; Am. School of Healing v. McAnnulty, 187 U. S. 94.

Plaintiff in error was entitled to show the facts as they existed about vaccination and its effects."

[This writer reminds the reader that there actually has to exist a pandemic for any of this alleged Covid regulatory environment to apply. Medical "cases" of the flu with a less than 1% death rate does not constitute a pandemic. Using draconian, "Russian Roulette" medical "synthetic pathogen" protocols constitutes criminal negligence at best and genocide at worst.]

"It is no argument that the conviction was repugnant to the spirit or to the Preamble of the Constitution. **An act of the legislature of a State and regular proceedings under it are to be overthrown only by virtue of some specific prohibition in the paramount law.** Forsythe v. City of Hammond,' 68 Fed. Rep. 774; Walker v. Cincinnati, 21 Ohio St. 14, 41; State v. Staten, 6 Coldwell, 233, 252;.State v. Gerhardt, 145. Indiana, 439, 450;.State v. Smith, 44 Ohio St. 348, 374; People v. Fisher, 24 Wend 214, 219; Redell v. Moores, 63 Nebraska, 219, overruling State v. Moores, 55 Nebraska, 480. The Fifth Amendment' does not apply to action by a State. Barron v. Baltimore, 7 Pet. 243, 247; Eilenbecker v. Plymouth Co., 134 U. S. 31; McElvaine v. Brush, 142 U. S. 155, 158; Brown v. New Jersey, 175 U.S. 172; Capital 'City Dairy' Co. v. Ohio, 183 U. S. 238; Lloyd v. Dollison, .194 U. S. 445."

"The advantage of uniform and general laws is best attained by vesting discretionary power in local administrative bodies. Wilson v. Eureka City, 173 U. S. 32; Health Department v. Rector of Trinity Church, 145 N. Y. 32."

"A perfectly equal law may easily be the most unjust."

"Thus[,] the law in general stands, **but** particular cases of **oppression may be prevented.** Compare Yick Wo v. Hopkins, 118 U. S. 356, and Jew Ho v. Williamson, 103 Fed. Rep. 10, with Williams v. Mississippi, 170 U. S. 213; Ex parte Virginia, 100 U. S. 339; Carter v. Texas, 177 U. S. 442; Tarrence v. Florida, 188 U. S. 519."

"**In State v. Hay, 126 N. Car. 999,** the court observed that if the jury had found that the defendant's health made it unsafe for him to be vaccinated that would be a **sufficient excuse for his non-compliance,** since to vaccinate him under such conditions would be an arbitrary and unreasonable enforcement of the statute. See also Abeel v. Clark, 84 California, 226; State v. Bell, 157 Indiana, 25; State v. Zimmerman, 86 Minnesota, 353; Matter of Walters, 84 Hun, 457."

[This writer believes that death resulting by a "synthetic pathogen" called a "vaccine" would constitute **sufficient excuse for his non-compliance."**]

"If there were **special reasons** why the plaintiff in error could not be vaccinated at the time required by the Board of Health, he should have made them **a ground of his refusal**; and, if the Board neglected

to consider them, a defense to his prosecution. Penn. R. R. Co. v. Jersey City, 47 N. J. L. 286."

THOSE "specific reasons" GROUNDS ARE HEREBY MADE AS DEATH MAY RESULT FROM THE EUA, NUREMBURG VIOLATING, "JAB", "SYNTHETIC PATHOGEN" THAT MODIFIES DNA, known as Complementary DNA (cDNA)!

"this court… has distinctly recognized the authority of a State to enact quarantine laws and "health laws of every description;"

"According to settled principles the police power of a State must be held to embrace, at least, such reasonable regulations established directly by legislative enactment as will protect the public health and the public safety. Gibbons v. Ogden, 9 Wheat. 1, 203; Railroad Company v. Husen, 95 U. S. 465, 470; Beer Company v. Massachusetts, 97 U. S. 25; New Orleans Gas Co. v. Louisiana Light Co., 115 U. S. 650, 661; Lawton v. Steele, 152 U. S. 133."
[INSERT Michael Green, Esq. sues for class action for 45,000 deaths caused by the "synthetic pathogen."]

"The mode or manner in which those results are to be accomplished is within the discretion of the State, subject, of course, so far as Federal power is concerned, only to the condition that no rule prescribed by a State, nor any regulation adopted by a local governmental, agency acting under the sanction of state legislation, shall contravene the Constitution of the United States or infringe any right granted or secured by that instrument. A local enactment or regulation, even if based on the acknowledged police powers of a State, must always yield in case of conflict with the exercise by the General Government of any power it possesses under the Constitution, or with any right which that instrument gives or secures. Gibbons v. Ogden. 9 Wheat. 1, 210; Sinnot v. Davenport, 22 How. 227, 243; Missouri, Kansas & Texas Ry. Co. v. Haber, 169– U. S. 613, 626."
[I.e., felony homicide is illegal, even under The State Police Power]

"…it as a fundamental principle that "persons and property are subjected to all kinds of restraints and burdens, in order to secure the general comfort, health, and prosperity of the State;… so far as natural persons are concerned." Railroad Co. v. Husen, 95 U. S. 465, 471; Missouri, Kansas & Texas Ry. Co. v. Haber, 169 U. S. 613, 628, 629; Thorpe v. Rutland & Burlington R. R., 27 Vermont, 140, 148. In Crowley v Christensen, 137 U. S. 86, 89, we paid: "The possession and enjoyment of all rights are subject to such reasonable conditions as may be deemed by the governing authority of the country essential to the safety, health, peace, good order and morals of the community. Even liberty itself, the greatest of all rights, is not unrestricted license to act according to one's own will."

[Does that apply to Pharmaceutical Corporations that seek profit at the expense and death of those taking the coercive, cDNA altering "synthetic pathogen?"]

"But as the laws there involved went beyond the necessity of the case and under the guise of exerting a police power invaded the domain of Federal authority and **violated rights secured by the Constitution, this court deemed it to be its duty to hold such laws invalid.**"

"The liberty secured by the Fourteenth Amendment, this court has said, consists, in part, in the right of a person "to live and work where he will," Allgeyer v. Louisiana, 165 U. S. 578"

"**If** vaccination strongly tends to **prevent** the transmission or spread of this disease, it logically follows that children may be refused admission to the public schools until they have been vaccinated."
[First, there has to be a valid pandemic. Second, the "vaccine" has to actually be a vaccine, which the covid-19 "vaccine" is not and is actually a "synthetic pathogen."]

Complaint herein is not a **"fit subject of vaccination"** as the so-called "covid-19" "vaccine"/"synthetic pathogen" applies.

"While **this court should guard** with firmness every right appertaining to **life, liberty or property** as secured to the individual by the Supreme Law of the Land, it is of the last importance that it should not invade the domain of local authority except when it is plainly necessary to do so in order to enforce that law. **The safety and the health of the people** of Massachusetts **are**, in the first instance, **for that Commonwealth to guard and protect.**"

"'**All laws,**' this court has said, '**should receive a sensible construction.** General terms should be so limited in their application as not to lead to injustice, oppression or absurd consequence. It will always, therefore, **be presumed that the legislature intended exceptions to its language which would avoid results of that character.** The reason of the law in such cases should prevail over its letter." United States v. Kirby, 7 Wall. 482; Lau Ow Bew v. United States, 144 U. S. 47, 58. Until otherwise informed by the highest court of Massachusetts we are not inclined to hold that the statute establishes the absolute rule that an adult must be vaccinated if it be apparent or can be shown with reasonable certainty that he is not at the time a fit subject of vaccination or that vaccination, by reason of his then condition, would **seriously impair his health** or probably **cause his death**. No such case is here presented."

Jacobson, supra.

16.  It has allegedly been proposed (in California) that the following list of **"Synthetic Pathogen"** enforcement procedures will be allegedly "passed into legislative law" and allegedly enforced by administrative procedures. THE FOLLOWING, IF EVEN ATTEMPTED TO BE ENFORCED, IS AN ACT OF TREASON and a violation of your/their oath to the Constitution; and if said enforcement parties do/did not take such an oath, they will be deemed and construed to be mere land pirates.

Scanning the card to your phone to use in a public QR reader will ultimately be the way that vaccinated status is checked and it can double as contact tracing for covid or whatever the variant flavor of the week is.
     Boarding an airplane.
     Taking any kind of public transportation (mask included).
     Buying groceries.
     Entering any public or private store.
     Going into federal, state, and local office for any reason.
     HR 1 and SB 1 will be amended to include the right to vote. There will be a grace period for illegals which will allow them to vote in 2022 and 2024.
     All participants in day care– through post graduate education will be required to show their papers.
     No driver's license will be issued or renewed without proof.
     Eventually, public utilities will be made unavailable without your documentation.
     No medical service will be available to any resister.
     Emergency healthcare will be withheld without the documentation.
     Compliance will be a prerequisite to obtaining or refilling prescriptions.
     No marriage licenses will be granted unless both people are fully vaccinated.
     No business license will be provided to unvaxxed people.
     Homeschooling will soon be outlawed.
     Third party acquisition of health supplements, prescriptions and groceries will be criminalized.
     DUI-style roadblocks will be implemented. Each person in a car must be vaccinated, confirmed by a handheld device, or the owner's car will be impounded and sold at auction in order to cover the enforcement fees. Vaccines will be made available after scanning the passengers and driver. Following refusal, any unvaccinated person will be sent to an isolation camp along with the driver. (Note: These roadblocks were rehearsed in Colorado both on I-70 and I-25 through a joint training exercise with the Colorado State Patrol and DHS. This was during the H1N1 scare in 2009. In the

drill men, women and children boarded different busses, presumably to go to different containment facilities).

State-run CPS' will be used to separate families based upon child endangerment statutes. Vaccine status will be the ultimate driver of an action to remove a child from a parent.

Possession of firearms will be equated with being a vaccine resister. Any personal possession, or transport, of firearms will be expressly forbidden. There was nothing in the document regarding outright gun confiscation, but everything else is forbidden.

17.   The case of <u>Alabama Assoc. of Realtors v. Depart…Health and Human Services</u>, **594 U.S. _____ (August 26, 2021)**, ruled that the Centers for Disease Control (CDC) does not have the authority it claims to have.

> "…the CDC has imposed a nationwide moratorium on evictions in reliance on a decades-old statute that authorizes it to implement measures like fumigation and pest extermination. **It strains credulity to believe that this statute grants the CDC the sweeping authority that it asserts**."

> "When the eviction moratorium expired in July, Congress did not renew it. Concluding that further action was needed, **the CDC decided to do what Congress had not**."

> **[In other words, the CDC UNILATERALLY decided to tyrannically, like a "runaway dictator," decide how its bosses (i.e., We The People) would run our lives.]**

> "…the CDC again took matters into its own hands…"

> "This Court declined to vacate the stay. Alabama Assn. of Realtors v. Department of Health and Human Servs., post, p. ___. **JUSTICE KAVANAUGH concurred**, explaining that he agreed with the District Court that **the CDC's moratorium exceeded its statutory authority**."

> Whole swaths of society relied upon the veracity of the alleged legality of the decisions made by the CDC upon HEALTH DEPARTMENTS NATIONWIDE.

> ["The Emperor (CDC Director) has no clothes."]

18.   The **Biological Weapons Anti-Terrorism Act of 1989 (BWATA**, Pub.L. 101-298, enacted May 22, 1990) was a piece of U.S. legislation that was passed into law in 1990. It provided for the implementation of

the Biological Weapons Convention as well as criminal penalties for violation of its provisions.[1]

19.   The key elements in the Supreme Court brief (Alabama supra) are:

1) "...the CDC has imposed a nationwide moratorium on evictions in reliance on a decades-old statute that authorizes it to implement measures like fumigation and pest extermination." "It strains credulity to believe that the statute grants the CDC the sweeping authority that it asserts."

2) "...the CDC decided to do what Congress had not." [i.e., without Congressional authority] [Remember, Congress gets their authority from the People who elected them under the confines of the Fed. Constitution, which is a permanent injunction in favor of the People's Unalienable Rights protections]

3) "The CDC relied on [section] 361(a) of the Public Health Services Act for authority to promulgate and extend the eviction moratorium." "... the Surgeon General may...dangerous infection to human beings, and other measures, as in his judgment may be necessary." [99.9% survival rate does not make a pandemic.]

4) "Regulations under this authority have generally been limited to quarantining infected individuals and prohibiting the import or sale of animals known to transmit disease."

5) "...the CDC's moratorium exceeded its statutory authority."

6) "The applicants not only have a substantial likelihood of success on the merits- it is difficult to imagine them losing."

7) "...it is a stretch to maintain that [section] 361(a) gives the CDC the authority to impose this eviction moratorium."

8) "We expect Congress to speak clearly when authorizing an agency to exercise powers of "vast 'economic and political significance.'" "That is exactly the kind of power that the CDC claims here."

9) "Our precedents require Congress to enact exceedingly clear language if it wishes to significantly alter the balance between federal and state power and the power of the Government over private property." United States Forest Service v. Cowpasture River Preservation Assn., 590 U. S. ___, ___–___ (2020) (slip op., at 15–16).

10) Indeed, the Government's read of §361(a) would give the CDC a breathtaking amount of authority. It is hard to see what measures this interpretation would place outside the CDC's reach, and the Government has identified no limit in §361(a) beyond the requirement that the CDC deem a measure "necessary."

11) "The moratorium has put the applicants, along with millions of landlords across the country, at risk of irreparable harm by depriving them of rent payments with no guarantee of eventual recovery."

20.   In this writer's opinion, the above means the following:

1) An agency cannot exceed its mandate and the US Supreme Court acknowledged that here in Alabama Assoc. Realtors, supra.

2) An agency cannot trespass upon private property, which they did.

3) An agency, even a federal one, cannot regulate the States in their duties to do things that affect private property, like human bodies, without proper authority.

4) Although the case discussed above (Alabama supra) appears to only deal in rent payments, it covers a whole swath of commercial relations. AND LEST WE FORGET, THE LOCAL HEALTH DEPARTMENTS ALL DEFER TO THE CDC. ALSO, ISN'T THE CDC A PRIVATE ORGANIZATION HIRED BY THE FEDERAL GOVERNMENT TO PERFORM A SERVICE? "The CDC is a subsidiary of the pharmaceutical industry. The agency owns more than 20 vaccine patents and purchases and sells $4.1 billion in vaccines annually." http://stateofthenation.co/?p=7894 Let's assume this statement is false. Let's assume that the CDC is an organization created by the US Congress. If so, its authority is limited to the confines of the Constitution and its Grantor/Beneficiaries (i.e., We The People) and the personnel at the CDC are in breach of contract and in violation of the Nuremburg Rules. If the CDC is private and operating in a quasi-governmental relation, they are restricted to those operating in contract with them. Where are the contracts with ALL THE PEOPLE THAT THEY ARE AFFECTING? The Contract Clause (US Const A1, S10) would control.

21.   Also, on page 7 of the Supreme Court's slip brief (Alabama supra) they stated, "The moratorium has put the applicants, along with

millions of landlords across the country, at risk of irreparable harm by depriving them of rent payments with no guarantee of eventual recovery." In other words, there is liability, you employees at the CDC created that liability, you are liable for the damage you caused, and get ready to be sued both civilly and criminally.

22. There are too many quotes and comments from doctors to list however, one from Dr. Michael Yeadon and Dr. Wolfgang Wodarg, Petition to European medicines Agency, sums up part of the vaccination problem.

"There is no indication whether antibodies against spike proteins of SARS viruses would also act like anti-Syncytin-1 antibodies. However, if this were to be the case. . .this would then also prevent the formation of a placenta which would result in vaccinated women essentially becoming infertile."

23. Therefore, to even imply that the "synthetic pathogen" is not dangerous to one's health would be a lie.

24. IT SHOULD ALSO BE NOTED that if an Agency of the Government is barred from taking the "sweeping authority" the CDC has been "bamboozling" people with the State and Federal Legislative branches DO NOT HAVE IT EITHER. Any attempt to force a man/woman to take a "synthetic pathogen" and relabel it as a "vaccine" is guilty of genocide in light of the VAERS Reporting system of 45,000 deaths due to such a "jab." See the Class Action suit being generated through the law offices of Michael Green, Esq., Honolulu, Hawaii.

25. Although immunity was issued by the U.S. Congress to the Pharmaceutical manufactures for damage caused by their "vaccines," Congress set requirements for that immunity. One of those requirements was that said manufacturers were required to produce and send an annual report to the Department of Health and Human Services (HHS), **which they did not,** see the **STIPULATION** in the case of **ICAN v. Department of HHS,** 1:18-cv-03215-JMF, Docket Entry 18 (July 9, 2018). It would appear that Pharmaceutical (et. al.) immunity is premised on the performance of submitting reports:

1   "Within 2 years after December 22, 1987, and periodically thereafter,
    **the Secretary** [of the Department of HHS] **shall prepare** and **transmit**
2   to the Committee on Energy and Commerce of the House of
    Representatives and the Committee on Labor and Human Resources of
3   the Senate." (Docket Entry 18, page 1).

4   In the STIPULATION between The Parties, <u>it was admitted that No</u>
5   <u>reports by the Secretary were prepared or transmitted</u>. **Therefore, it**
6   **would appear that said "immunity" from prosecution does not exist.**

7   26.   From early 2020 until the present, said perpetrators (PUBLIC and
8         Private sector) did knowingly and willingly take part in an ongoing
9         criminal enterprise to commit genocide on American soil and that of
10        other foreign countries.

11  27.   Said perpetrators did work in concert to transfer said human
12        property derived from labor to third parties without permission of
13        the Complainant or those physically injured by the attempt to force
14        a "jab" under the alleged political "cover" of a so-called, ongoing
15        emergency, i.e., the flu. It appears to Complainant that criminal
16        Actors are operating in the nature of a "privateer."

17  28.   It appears that some(?) of the parties involved in this covid
18        conspiracy are attempting to invoke the premises of the case of
19        Association for Molecular Pathology v. Myriad Genetics, Inc., United
20        States Supreme Court, case number 12-398, decided June 13, 2013,
21        whereby "Each human gene is encoded as deoxyribonucleic acid (DNA)…"
22        and that "…specific segments…" of DNA can be known as "…complementary
23        DNA (cDNA)." for patent purposes. And that companies that perfect a
24        patent for altering DNA as cDNA are the "owners" of said altered DNA.
25        It could then be argued that a Pharmaceutical company would allegedly
          "own" another human who has "voluntarily" altered their DNA via the

1   Covid-19 "vaccine" gene altering injection. Would this constitute

2   "slave trafficking" pursuant to 18 USC Ch. 77?

3   29.   It would appear that the "Delta Variant" is a "vaccine" injury via

4   planned genocide. Depopulation agenda is obvious.

5   "FUNERAL DIRECTOR JOHN O'LOONEY BLOWS THE WHISTLE ON COVID"

6   See https://www.bitchute.com/video/gigUyK3yLtMU/

7   https://www.mkffs.co.uk/ john@mkffs.co.uk

8   30.   The Case… **U.S. v. Stanley, 479 U.S. 1005 (1986)**

9   **Justice Brennan** - The Court confers absolute immunity from money

10   damages on federal officials (military and civilian alike) without

11   consideration of longstanding case law establishing the general rule

12   that **such officials are liable for damages caused by their**

13   **intentional violations of well-established constitutional rights**.

14   **Justice O'Connor** - No judicially crafted rule should insulate from

15   liability the involuntary and unknowing human experimentation alleged

16   to have occurred in this case. Indeed, as JUSTICE BRENNAN observes,

17   the United States military played an instrumental role in the

18   criminal prosecution of Nazi officials who experimented with human

19   subjects during the Second World War, ante, at 687, and the standards

20   that the Nuremberg Military Tribunals developed to judge the behavior

21   of the defendants stated that the **"voluntary consent of the human**

22   **subject is absolutely essential . . . to satisfy moral, ethical and**

23   **legal concepts." United States v. Brandt** (The Medical Case) United

24   States        of        America        v.        Karl        Brandt,

25   https://en.wikipedia.org/wiki/Doctors%27_trial#:~:text=The%20doctor

s%27%20trial%20%28officially%20United%20States%20of%20America,Germa

ny%2C%20after%20the%20end%20of%20World%20War%20II. , 2 Trials of War

Criminals Before the Nuremberg Military Tribunals Under Control Council Law No. 10, p. 181 (1949). If this principle is violated the very least that society can do is to see that the victims are compensated, as best they can be, by the perpetrators. I am prepared to say that our Constitution's promise of due process of law guarantees this much. Accordingly, I would permit James Stanley's Bivens action to go forward, and I therefore dissent.

31.   The Supremacy Clause is as follows.

"**Article VI, Paragraph 2**, of the U.S. Constitution is commonly referred to as the **Supremacy Clause**. It establishes that the federal constitution, and federal law generally, take precedence over state laws, and even state constitutions. It prohibits states from interfering with the federal government's exercise of its constitutional powers, and from assuming any functions that are exclusively entrusted to the federal government. It does not, however, allow the federal government to review or veto state laws before they take effect."

32.   The First Amendment is as follows.

"Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances."

33.   The Second Amendment is as follows.

"A well regulated militia, being necessary to the security of a free state, the right of the people to **keep and bear** arms, shall not be infringed."

34.   The Fourth Amendment is as follows.

"The right of the people to be **secure in their persons**, houses, papers, and effects, against unreasonable searches and seizures, **shall not be violated**, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

35.   The Fifth Amendment is as follows.

"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the

militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, **nor be deprived of life, liberty, or property**, without due process of law; **nor shall private property be taken for public use**, without just compensation."

36. The Eighth Amendment is as follows.

"Excessive bail shall not be required, nor excessive fines imposed, **nor cruel and unusual punishments inflicted**."

37. The Ninth Amendment is as follows.

"**The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people**."

38. The Tenth Amendment is as follows.

"**The powers not delegated to the United States by the Constitution**, nor prohibited by it to the states, **are reserved** to the states respectively, or **to the people**."

39. The Thirteenth Amendment is as follows.

"Neither slavery nor **involuntary servitude**, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction."

40. Title 35 USC 101 is as follows.

"Whoever invents or discovers any **new and useful** process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title." **[You cannot patent nature]**

41. Title 18 U.S. Code § 1956 - Laundering of monetary instruments

(a)(1) Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity—
(A)(i) with the intent to promote the carrying on of specified unlawful activity; or
(B) knowing that the transaction is designed in whole or in part—
(i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or
(ii) to avoid a transaction reporting requirement under State or Federal law,

**shall be sentenced to a fine of not more than $500,000** or twice the value of the property involved in the transaction, whichever is greater, **or imprisonment for not more than twenty years**, **or both**. For purposes of this paragraph, a financial transaction shall be considered to be one involving the proceeds of specified unlawful activity if it is part of a set of parallel or dependent transactions, any one of which involves the proceeds of specified unlawful activity, and all of which are part of a single plan or arrangement.

42.   18 U.S. Code § 1957 – Engaging in monetary transactions in property derived from specified unlawful activity

"(a) Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).
(b)
(1) Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670 unless the punishment under this subsection is greater.
(2) The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction."

43.   Title 18 U.S. Code § 1343 – Fraud by wire, radio, or television

"Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."

44.   Title 18 U.S. Code Chapter 63 – MAIL FRAUD AND OTHER FRAUD OFFENSES, sections §1341-1351.

45. **CALIFORNIA PENAL CODE - PEN**

**PART 1. OF CRIMES AND PUNISHMENTS [25 - 680.4]**
*(Part 1 enacted 1872.)*
**TITLE 15. MISCELLANEOUS CRIMES [626 - 653.75]**
*(Title 15 enacted 1872.)*
**CHAPTER 2. Of Other and Miscellaneous Offenses [639 - 653.2]**
*(Chapter 2 enacted 1872.)*
**646.9.**
(a) <u>Any person</u> who <u>willfully</u>, <u>maliciously</u>, and <u>repeatedly</u> follows or willfully and <u>maliciously harasses</u> <u>another person</u> and who **makes a credible threat with the intent to place that person in reasonable fear for his or her safety**, or the safety of his or her immediate family is guilty of the crime of stalking, punishable by imprisonment in a county jail for not more than one year, or by a fine of not more than one thousand dollars ($1,000), or by both that fine and imprisonment, or by imprisonment in the state prison.

46. Title 18 U.S. Code § 1961 - Definitions

As used in this chapter—

"(1) **"racketeering activity" means** (A) <u>any act or threat involving</u> <u>murder</u>, kidnapping, gambling, arson, <u>robbery</u>, <u>bribery</u>, <u>extortion</u>, dealing in obscene matter, or **dealing in a controlled substance or listed chemical** (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: Section 201 (relating to bribery), section 224 (relating to sports bribery), sections 471, 472, and 473 (relating to counterfeiting), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, section 664 (relating to embezzlement from pension and welfare funds), sections 891-894 (relating to extortionate credit transactions), section 1028 (**relating to fraud and related activity in connection with identification documents**), section 1029 (**relating to fraud and related activity in connection with access devices**), section 1084 (relating to the transmission of gambling information), section 1341 (relating to **mail fraud**), section 1343 (**relating to wire fraud**), section 1344 (**relating to financial institution fraud**), section 1351 (**relating to fraud in foreign labor contracting**), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1426 (relating to the reproduction of naturalization or citizenship papers), section 1427 (relating to the sale of naturalization or citizenship papers), sections 1461-1465 (relating to obscene matter), section 1503 (relating to obstruction of justice), section 1510 (**relating to obstruction of criminal investigations**), section 1511 (**relating to the obstruction of State or local law enforcement**), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (**relating to retaliating against a witness, victim, or**

**an informant**), section 1542 (relating to false statement in application and use of passport), section 1543 (relating to forgery or false use of passport), section 1544 (relating to misuse of passport), section 1546 (relating to fraud and misuse of visas, permits, and other documents), sections 1581–1592 (**relating to peonage, slavery, and trafficking in persons**).,[1] sections 1831 and 1832 (relating to economic espionage and theft of trade secrets), section 1951 (**relating to interference with commerce, robbery, or extortion**), section 1952 (**relating to racketeering**), section 1953 (relating to interstate transportation of wagering paraphernalia), section 1954 (relating to unlawful welfare fund payments), section 1955 (relating to the prohibition of illegal gambling businesses), section 1956 (**relating to the laundering of monetary instruments**), section 1957 (**relating to engaging in monetary transactions in property derived from specified unlawful activity**), section 1958 (**relating to use of interstate commerce facilities in the commission of murder-for-hire**), section 1960 (**relating to illegal money transmitters**), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children), sections 2312 and 2313 (relating to interstate transportation of stolen motor vehicles), sections 2314 and 2315 (relating to interstate transportation of stolen property), section 2318 (**relating to trafficking in counterfeit labels for** phonorecords, **computer programs or computer program documentation** or packaging and copies of motion pictures **or other audiovisual works**), section 2319 (**relating to criminal infringement of a copyright**), section 2319A (relating to unauthorized fixation of and trafficking in sound recordings and music videos of live musical performances), section 2320 (relating to trafficking in goods or services bearing counterfeit marks), section 2321 (relating to trafficking in certain motor vehicles or motor vehicle parts), sections 2341–2346 (relating to trafficking in contraband cigarettes), sections 2421–24 (relating to white slave traffic), sections 175–178 (**relating to biological weapons**), sections 229–229F (**relating to chemical weapons**), section 831 (relating to nuclear materials), (C) any act which is indictable under title 29, United States Code, section 186 (dealing with restrictions on payments and loans to labor organizations) or section 501(c) (relating to embezzlement from union funds), (D) any offense involving fraud connected with a case under title 11 (except a case under section 157 of this title), **fraud in the sale of securities, or the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical** (as defined in section 102 of the Controlled Substances Act), punishable under any law of the United States, (E) any act which is **indictable under the Currency and Foreign Transactions Reporting Act,** (F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain, or (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B);"

47.  Title 18 U.S. Code § 1113 - Attempt to commit murder or manslaughter

"Except as provided in section 113 of this title, whoever, within the special maritime and territorial jurisdiction of the United States, attempts to commit murder or manslaughter, shall, for an attempt to commit murder be imprisoned not more than twenty years or fined under this title, or both, and for an attempt to commit manslaughter be imprisoned not more than seven years or fined under this title, or both."

48.  Title 18 U.S. Code § 1112 - Manslaughter

(a)**Manslaughter is the unlawful killing of a human being without malice**. It is of two kinds:
Voluntary—Upon a sudden quarrel or heat of passion.
**Involuntary** — **In the commission of an unlawful act** not amounting to a felony, **or in the commission in an unlawful manner, or without due caution and circumspection, of a lawful act which might produce death.**
(b)Within the special maritime and territorial jurisdiction of the United States,
Whoever is guilty of voluntary manslaughter, shall be fined under this title or imprisoned not more than 15 years, or both;
Whoever is guilty of involuntary manslaughter, shall be fined under this title or imprisoned not more than 8 years, or both.

49.  Title 18 U.S. Code § 2441 - War crimes

NOTE: The following applies as the UNITED STATES is ALWAYS engaged in a National Emergency as noted by Executive Order, signed by the president every year between, mid-September and mid-October to keep the UNITED STATES operating on a war footing to allow for extra-Constitutional abilities by the Executive Branch of Government and those "Privateers" operating in accord with US Const. Art 1, S8, Cl. 11, "The Congress shall have Power To ... grant Letters of marque and reprisal ..."

(a)Offense.—
Whoever, whether <u>inside</u> or outside <u>the United States</u>, <u>commits a war crime</u>, in any of the circumstances <u>described in subsection (b)</u>, <u>shall be fined under this title</u> or <u>imprisoned for life</u> or any term of years, or both, and **if death results to the victim**, shall also be subject to the penalty of death.
(b)Circumstances.—
The circumstances referred to in subsection (a) are that the person committing such war crime or the victim of such war crime is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the Immigration and Nationality Act).
(c)Definition.— **As used in this section the term "war crime" means any conduct—**

(1) defined as a grave breach in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;

(2) prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;

(3) which constitutes a grave breach of common Article 3 (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or

(4) of a person who, in relation to an armed conflict and contrary to the provisions of the Protocol on Prohibitions or Restrictions on the Use of Mines, Booby-Traps and **Other Devices as amended at Geneva on 3 May 1996 (Protocol II as amended on 3 May 1996)**, when the United States is a party to such Protocol, **willfully kills or causes serious injury to civilians**.

(d) Common Article 3 Violations.—

(1) Prohibited conduct.—In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:

(A) Torture.—

The act of a person who commits, or conspires or attempts to commit, **an act specifically intended to inflict severe physical or mental pain or suffering** (other than pain or suffering incidental to lawful sanctions) **upon another person within his custody or physical control for the purpose of** obtaining information or a confession, **punishment, intimidation, coercion, or any reason based on discrimination of any kind.**

(B) Cruel or inhuman treatment.—

The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.

**(C) Performing biological experiments.—**

**The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.**

(D) Murder.—

The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.

(E) Mutilation or maiming.—

The act of a person who intentionally injures, or conspires or attempts to injure, or injures whether intentionally or unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause, by disfiguring the person or

persons by any mutilation thereof or by permanently disabling any member, limb, or organ of his body, without any legitimate medical or dental purpose.

(F) Intentionally causing serious bodily injury.—

The act of a person who intentionally causes, or conspires or attempts to cause, serious bodily injury to one or more persons, including lawful combatants, in violation of the law of war.

(G) Rape.—

The act of a person who forcibly or with coercion or threat of force wrongfully invades, or conspires or attempts to invade, the body of a person by penetrating, however slightly, the anal or genital opening of the victim with any part of the body of the accused, or with any foreign object.

(H) Sexual assault or abuse.—

The act of a person who forcibly or with coercion or threat of force engages, or conspires or attempts to engage, in sexual contact with one or more persons, or causes, or conspires or attempts to cause, one or more persons to engage in sexual contact.

(I) Taking hostages.—

The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.

(2) Definitions.—In the case of an offense under subsection (a) by reason of subsection (c) (3)—

(A) the term "severe mental pain or suffering" shall be applied for purposes of paragraphs (1) (A) and (1) (B) in accordance with the meaning given that term in section 2340(2) of this title;

(B) the term "serious bodily injury" shall be applied for purposes of paragraph (1) (F) in accordance with the meaning given that term in section 113(b) (2) of this title;

(C) the term "sexual contact" shall be applied for purposes of paragraph (1) (G) in accordance with the meaning given that term in section 2246(3) of this title;

(D) the term "serious physical pain or suffering" shall be applied for purposes of paragraph (1) (B) as meaning bodily injury that involves—

(i) a substantial risk of death;

(ii) extreme physical pain;

(iii) a burn or physical disfigurement of a serious nature (other than cuts, abrasions, or bruises); or

(iv) significant loss or impairment of the function of a bodily member, organ, or mental faculty; and

(E) the term "serious mental pain or suffering" shall be applied for purposes of paragraph (1) (B) in accordance with the meaning given the term "severe mental pain or suffering" (as defined in section 2340(2) of this title), except that—

(i) the term "serious" shall replace the term "severe" where it appears; and

(ii) as to conduct occurring after the date of the enactment of the Military Commissions Act of 2006, the term "serious and non-

transitory mental harm (which need not be prolonged)" shall replace the term "prolonged mental harm" where it appears.
(3) Inapplicability of certain provisions with respect to collateral damage or incident of lawful attack.—The intent specified for the conduct stated in subparagraphs (D), (E), and (F) or paragraph (1) precludes the applicability of those subparagraphs to an offense under subsection (a) by reasons of subsection (c)(3) with respect to—
(A) collateral damage; or
(B) death, damage, or injury incident to a lawful attack.
(4) Inapplicability of taking hostages to prisoner exchange.—
Paragraph (1)(I) does not apply to an offense under subsection (a) by reason of subsection (c)(3) in the case of a prisoner exchange during wartime.
(5) Definition of grave breaches.—
The definitions in this subsection are intended only to define the grave breaches of common Article 3 and not the full scope of United States obligations under that Article.

50.   Title 18 U.S. Code § 2331 – Definitions

As used in this chapter—
**(1) the term "international terrorism" means activities that—**
(A) **involve** violent acts **or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State;**
(B) appear to be intended—
(i) to intimidate or coerce a civilian population;
(ii) to influence the policy of a government by intimidation or coercion; or
(iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and
(C) occur primarily outside the territorial jurisdiction of the United States, or transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum;
(2) the term "national of the United States" has the meaning given such term in section 101(a)(22) of the Immigration and Nationality Act;
(3) the term "person" means any individual or entity capable of holding a legal or beneficial interest in property;
(4) the term "act of war" means any act occurring in the course of—
(A) declared war;
(B) armed conflict, whether or not war has been declared, between two or more nations; or
(C) armed conflict between military forces of any origin;
(5) the term "domestic terrorism" means activities that—
(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;
(B) appear to be intended—
(i) to intimidate or coerce a civilian population;

(ii) <u>to influence the policy of a government by intimidation or coercion; or</u>

(iii) <u>to affect the conduct of a government by mass destruction, assassination</u>, or kidnapping; and

(C) <u>occur primarily within the territorial jurisdiction of the United States; and</u>

(6) the term "military force" does not include any person that—

(A) has been designated as a—

(i) foreign terrorist organization by the Secretary of State under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189); or

(ii) specially designated global terrorist (as such term is defined in section 594.310 of title 31, Code of Federal Regulations) by the Secretary of State or the Secretary of the Treasury; or

(B) has been determined by the court to not be a "military force".

51.   Title 18 U.S. Code § 1111 - Murder

(a) **<u>Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by</u>** <u>poison</u>, lying in wait, or <u>any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate</u>, any arson, escape, <u>murder</u>, kidnapping, <u>treason</u>, <u>espionage</u>, <u>sabotage</u>, aggravated sexual abuse or sexual abuse, child abuse, burglary, <u>or robbery</u>; or **<u>perpetrated as part of a pattern or practice of assault or torture against a child or children; or perpetrated from a premeditated design unlawfully and maliciously to effect the death of any human being other than him who is killed, is murder in the first degree.</u>**
Any other murder is murder in the second degree.

(b)Within the special maritime and territorial jurisdiction of the United States,
Whoever is guilty of murder in the first degree shall be punished by death or by imprisonment for life;
Whoever is guilty of murder in the second degree, shall be imprisoned for any term of years or for life.

(c)For purposes of this section—
(1)the term "assault" has the same meaning as given that term in section 113;
(2)the term "child" means a person who has not attained the age of 18 years and is—
(A)under the perpetrator's care or control; or
(B)at least six years younger than the perpetrator;
(3)the term "child abuse" means intentionally or knowingly causing death or serious bodily injury to a child;
(4)the term "pattern or practice of assault or torture" means assault or torture engaged in on at least two occasions;
(5)the term "serious bodily injury" has the meaning set forth in section 1365; and

(6) the term "torture" means conduct, whether or not committed under the color of law, that otherwise satisfies the definition set forth in section 2340(1).

52.   Title 18 U.S. Code Chapter 50A – Section 1091 – GENOCIDE

(a) **Basic Offense.—Whoever, whether in time of peace or in time of war and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such—**
(1) kills members of that group;
(2) causes serious bodily injury to members of that group;
(3) causes the permanent impairment of the mental faculties of members of the group through drugs, torture, or similar techniques;
(4) subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part;
(5) imposes measures intended to prevent births within the group; or
(6) transfers by force children of the group to another group;
shall be punished as provided in subsection (b).
(b) Punishment for Basic Offense.—The punishment for an offense under subsection (a) is—
(1) in the case of an offense under subsection (a)(1), where death results, by death or imprisonment for life and a fine of not more than $1,000,000, or both; and
(2) a fine of not more than $1,000,000 or imprisonment for not more than twenty years, or both, in any other case.
(c) Incitement Offense.—
Whoever directly and publicly incites another to violate subsection (a) shall be fined not more than $500,000 or imprisoned not more than five years, or both.
(d) Attempt and Conspiracy.—
Any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense.
(e) Jurisdiction.—There is jurisdiction over the offenses described in subsections (a), (c), and (d) if—
(1) the offense is committed in whole or in part within the United States; or
(2) regardless of where the offense is committed, the alleged offender is—
(A) a national of the United States (as that term is defined in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101));
(B) an alien lawfully admitted for permanent residence in the United States (as that term is defined in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101));
(C) a stateless person whose habitual residence is in the United States; or
(D) present in the United States.
(f)  Nonapplicability of Certain Limitations.—
Notwithstanding section 3282, in the case of an offense under this section, an indictment may be found, or information instituted, at any time without limitation.

53.   Title 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty

**Every contract, combination in the form of trust or otherwise**, or **conspiracy, in restraint of trade or commerce among the several States**, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby **declared to be illegal shall be deemed guilty of a felony**, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.

54.   In any criminal enterprise the prosecutor looks at "Means, Motive and Opportunity." Plaintiff believes that she has amply illustrated "Means and the Opportunity." The perpetrators were so brazen that they published their "Motive"[s]. The following is a cursory list of publications that "barely scratch the surface" of the perpetrators intentions to reduce global population through biological warfare.

A) A Global Strategy for Shaping the Post-COVID-19 World
B) Cyber-polygon Transcript
C) H.R. 666
D) H.R. 6666
E) National Security Study Memorandum NSSM 200 Implications of Worldwide Population Growth For U.S. Security and Overseas Interests (THE KISSINGER REPORT) December 10, 1974
F) NATIONAL STRATEGY FOR COMBATING TERRORISM, February 2003
G) Project DEFUSE DARPA - PREEMPT (HR001118S0017)
H) Public Health Preparedness Successes: Operation Crimson Contagion Closed POD Exercise Media Campaign
I) Resolution adopted by the General Assembly on 25 September 2015 [without reference to a Main Committee (A/70/L.1)] 70/1. Transforming our world: the 2030 Agenda for Sustainable Development
J) The Covid-Plan / Rockefeller Lockstep 2010
K) The Event 201: The Event 201 was a high-level pandemic exercise performed on October 18, 2019, in New York, NY.
L) THE PLAN TO DEPOPULATE 95% OF THE WORLD How Governments & the UN are Implementing It
M) THE SPARS PANDEMIC 2025-2028; A Futuristic Scenario for Public Health Risk Communicators THE JOHNS HOPKINS CENTER FOR HEALTH SECURITY

\
\
\