1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

8

9   Annette-Lynn McKenna,                    **NO. CV-22-08016-PCT-SPL**

10              Plaintiff,

                                            **JUDGMENT OF DISMISSAL IN A**
11  v.
                                            **CIVIL CASE**
12  HP Incorporated, et al.,

13              Defendants.

14

15          **Decision by Court.**   This action came for consideration before the Court.   The

16  issues have been considered and a decision has been rendered.

17          IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed

18  February 7, 2022, judgment of dismissal is entered. The Complaint and this action are

19  dismissed without prejudice.

20                                  Debra D. Lucas
                                    District Court Executive/Clerk of Court
21

22  February 7, 2022

23                                     s/ L. Dixon
                              By    Deputy Clerk
24

25

26

27

28